March 3rd, 2005

TO: PETER T. DALLEO
   Clerk of Court

FROM: Julian A. Miller
   Plaintiff

RE: Amended Complaint - typed to replace hand written one. Also included is an affidavit for mailing and Certificate of Service that the court requested. The original copy (and court's copy) of the complaint isn't stapled like the others going to the defendant.
Do you think you can send me an updated civil docket for my case 04-CV-1367? Thank you very much for your time and patience.

FILED
MAR - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully
Julian Miller