IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Delaware

| | |
|---|---|
| Julian A. Miller <br> **Plaintiff** <br><br> V. <br><br> Attorney General <br> Stanley Tayuor <br> Thomas Carroll <br> Dr. Alie -RN Ihoma <br> **Defendants** | CIVIL ACTION NO: 04-1367-KAJ <br><br> FILED <br> MAR - 7 2005 <br> U.S. DISTRICT COURT <br> DISTRICT OF DELAWARE |

STATE OF ___DELAWARE___
                                    SS.:
COUNTY OF ___NEW CASTLE___

**AFFIDAVIT OF MAILING**

I __Julian A. Miller__, BEING DULY SWORN, DEPOSES AND SAYS: I HAVE MAILED TO THE DISTRICT COURT ON THIS __3rd__ DAY OF __March__ THE FOLLOWING __Affidavit__.

*[Signature: Julian Miller]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS __3rd__ DAY OF __March__, 200__5__

*[Signature: Osman Sonomander]*
**NOTARY**