Julian A. Miller
    393626
Delaware Correctional Center
    1181 Paddock Road
Smyrna, Delaware 19977

In propria personam



ORIGINAL

FILED

MAR - 7 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In The United States District Court
For The District of Delaware

Julian A. Miller

**Plaintiff,**

  v.

STANLEY TAYLOR, individually and in
his official capacity as Commissioner
of the Delaware Department of Corrections;
THOMAS CARROLL, individually and in
his official capacity as Warden of the
Delaware Correctional Center at Smyrna;
DR. ALIE, individually and in her
official capacity as Medical Director at
DCC Smyrna;
RN IHOMA, individually and in her
official capacity as Registered Nurse at
DCC Smyrna;

     DEFENDANTS,

COMPLAINT

Civil Action No. 04cv1367
(CIVIL RIGHTS)

## I. JURISDICTION

1. This is a civil action authorized by 42 U.S.C. sec. 1983 to redress the deprivation, under color of State Law, of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. sec. 1343. Plaintiff seek declaratory relief pursuant to 28 U.S.C. sec. 2201 and 2202

## II. PLAINTIFF

2. Plaintiff JULIAN MILLER is and was at all times mentioned herein, prisoner of the state of Delaware, in the custody of the Department of Corrections of the State of Delaware. He is currently confined in the Delaware Correctional Center, Smyrna, Delaware

## III. DEFENDANTS

3. Defendant STANLEY TAYLOR is the Commissioner of the Delaware Department of Corrections. He is legally responsible for the overall operation of the department and each institution under it's jurisdiction including DCC Smyrna

4. Defendant THOMAS CARROLL is the Warden of DCC Smyrna. He is legally responsible for the operation of DCC Smyrna and the welfare of all the inmates of that prison

5. Defendant DR. ALIE is the Director of the medical staff at DCC Smyrna. She is legally responsible for the overall operations of the medical department and for the health of all the inmates of that prison

6. Defendant RN IHOMA is a registered nurse of the medical staff at DCC Smyrna. She is legally responsible for the health of those inmates who comes under her direct supervision

7. Each defendant is sued individually and in his or her official capacity at all times mentioned in this complaint. Each defendant acted under the color of Delaware Law

## IV. FACTS

8. On or about January 15, 2004, Plaintiff MILLER's feet began to ache in and around the arch area. Plaintiff MILLER began soaking his feet at night and massaging them to sooth the ache. This worked for a week or two.

9. When Plaintiff MILLER realized that the pain was getting worse he submitted a sick- call slip to be seen at medical. The first slip was submitted Jan. 27th, 2004. It has not been returned as of 2-8-2005. It should be a part of Plaintiff's medical files.

10. On Feb. 4th, 2004, Plaintiff MILLER was seen by Defendant RN IHOMA who upon hearing symptoms and nature of plaintiff's complaint, immediately stated that "we do not issue sneakers or corrective shoes anymore". All actions henceforth mentioned and documented herein is consistent with

the implementation and follow-through of this practice of policy.

11. On Feb. 16th, 2004, Plaintiff MILLER submitted a second sick- call slip explaining his inability to sleep or walk properly due to the pain and suffering that he was experiencing as a result of this condition not being treated.

12. The sick-call procedure is as follows: A sick- call slip is submitted and the inmate is put on a list to appear at the infirmary to see a nurse or doctor. In this instance, Plaintiff was not put on a list and therefore couldn't appear at the hospital. Instead, defendant RN IHOMA mailed plaintiff a reply which stated he'd already been seen on this issue; even though nothing was done the first time. SEE EXIBIT A

13. A copy of this and all sick - call slips, letters, requests and grievances are included in this complaint as EXIBITS A-Z and used as confirmation of statements herein made.

14. On Feb. 22nd, 2004, Plaintiff MILLER submitted a 3rd sick - call slip alerting the medical staff to the fact that Tylenol prescribed by Defendant RN IHOMA had absoluetly no affect on his pain. It also made reference to plaintiff MILLER not getting proper sleep at night because of the pain. SEE EXIBIT B

15. On March 4th, 2004, Plaintiff MILLER submitted a grievance complaining about his condition worsening. It also mentioned that arch supports supposedly ordered on Feb. 4th, had not been received by plaintiff MILLER as of yet. SEE EXIBIT C1 and C2

16. On March 9th, 2004, Plaintiff MILLER submitted a 4th sick - call slip complianing about not being able to get proper sleep because of pain. IT also mentions that Plaintiff hadn't received arch supports ordered on 2 - 4 - 04. SEE EXIBIT D

17. On March 13th, 2004 Plaintiff Miller wrote a letter to defendant and Medical Director DR. ALIE to acquaint her with his situation. SEE EXIBIT E The details of that letter included: the pain being experienced; the progression of the injury; the fact that plaintiff submitted sick-call slips, a grievance, and had been seen by defendant RN IHOMA, who had supposedly scheduled plaintiff to see her (defendant DR.ALIE) as seen in EXIBIT C2; and that plaintiff felt to be getting "inadequate treatment", as documented in EXIBIT E

18. Plaintiff MILLER recieved a reply to this letter two months later stating that he would be seen (or scheduled to be seen) by defendant DR. ALIE soon as recorded on the back of EXIBIT E.

19. On March 21st, 2004, Plaintiff Miller submitted a fifth sick-call slip which detailed the pain he was having and the fact that the swelling had increased and now included Plaintiff's feet and ankles. This sick-call slip was not returned to plaintiff and should be included in plaintiff's medical records.

20. On March 25th, 2004, plaintiff MILLER was called before RN TERRY HASTINGS who was sent to mediate a grievance filed on March 4th, 2004. Two days prior to this meeting Plaintiff was given one hard plastic arch supports that had supposedly been ordered in January, but by now Plaintiff's arches had completely fallen and those arch supports actually added to the pain plaintiff was experiencing. Plaintiff was told to try arch supports for a month or two and if they didn't help, to file another grievance. SEE EXIBIT C2

21. On April 7th, 2004, Plaintiff MILLER submitted a 6th sick-call slip which detailed the pain and swelling of his feet, ankles and legs up to his calves. It also mentioned that Plaintiff had yet to recieve a response to the sick-call slip that was submitted on March 21st. It was not returned to Plaintiff and should be a part of plaintiff's medical records.

22. On April 19th, 2004, Plaintiff MILLER submitted a second grievance The details of that grievance included: Plaintiff's concren that the situation going untreated may have led to something else and Plaintiff MILLER requested to be examined to confirm or deny such concerns. It also mentioned pain, not being able to sleep properly and the fact that plaintiff was told he would be shheduled to see defendant and Medical Director DR. ALIE. SEE EXIBIT F1 andF2

23. Plaintiff will note at    this time that it has been 3 months since the first or initial complaint and plaintiff haven't yet been visually examined, even amidst the many complaints already filed.

24. The grievance procedure (according to prison guidelines) should go as follows: A grievance is submitted and within 10 working days inmate should go before an intermediate who attempt to resolve the grievance before it goes to the next level. If intermediate cannot resolve grievance, their job or duty is to refer it to a Level 2 hearing which go before a board or committee who either confirm or deny complaining party's request.

25. On May 4th, 2004, Plaintiff MILLER was called to medical to see defendant DR. ALIE- Medical Director; two months after plaintiff wrote her a letter describing his situation. Plaintiff MILLER began to redirect defendant DR. ALIE's attention to his condition because; 1) he knew that she dealt with many patients and 2) it had been 2 months since his letter had been wrote to her. About 2 sentences into plaintiff's explaination, defendant DR. ALIE interrupted abruptly and said " we are not here to talk about your feet". Plaintiff then showed defendant DR. ALIE the letter that he had written to her (EXIBIT E) and the grievance that said he was scheduled to see her (EXIBIT C2). DR. ALIE then (without any examination) told plaintiff MILLER that " he didn't qualify for sneakers or orthopedic shoes". Plaintiff MILLER asked DR. ALIE to put that in writing and she just said "sure". SEE EXIBIT C2

26. On May 7th, 2004, Plaintiff was called to medical to see RN EDITH RIVERA, who was the grievance mediator that week. At this time RN EDITH RIVREA made plaintiff aware that DR. ALIE had diagnosed his condition as postherpetic neuralgia and had issued and ordered a medication called gaba pentin. All this without ever examining plaintiff's feet or discussing it at all with plaintiff. This diagnosis was written in plaintiff's files after plaintiff left defendant DR. ALIE's office on May 4th, 2004, SEE EXIBITS C2 and F2

27. On May 14th, 2004 Plaintiff MILLER submitted a third grievance which mentioned problems walking and plaintiff requested to go to an outside hospital. Exibits G1,G2, and G3

28. On May 14th, 2004, also; Plaintiff MILLER wrote a letter to the following authorities: 1)DCC Commissioner STANLEY TAYLOR; 2) DCC Warden THOMAS CARROLL and 3) Support Services Manager JOE HUDSON, alerting all of them of his situation in depth; and to the fact that the medical staff was inadequate and deficent in treating his condition. JOE HUDSON was the only one out of the three to respond at all. EXIBIT H

29. On May 17th, 2004, Plaintiff MILLER submitted an 8th sick-call slip which alerted medical staff to the fact that medication supposedly ordered on 5-4-04, plaintiff hadn't been issued or started yet. SEE EXIBIT I

30. On May 24th, 2004, Plaintiff Miller submitted a 9th sick-call slip. It mentioned once again Plaintiff's pain and lack of sleep. Also medicine (tylenol) plaintiff was taking for pain prior to 5-4-04, when plaintiff was seen by defendant DR. ALIE was discontinued by defendant DR. ALIE on that date. SEE EXIBIT J

31. On June 1st, 2004, Plaintiff MILLER submitted a sick-call slip mentioning pain and lack of sleep once again. SEE EXIBIT K

32. EXIBITS L and M are follow - up notes DCC Commissioner and DCC Warden ( defendants STANLEY TAYLOR AND THOMAS CARROLL) alerting them that plaintiff haven't received any response from them and reminding them that the medical staff have not been providing adequate care.

33. On July 6th, 2004, Plaintiff MILLER submitted another sick-call slip requesting attention. It mentioned pain plaintiff has been experiencing plus continous swelling. See EXIBIT N

34. On July 6th,2004, also, Plaintiff MILLER was called to medical to meet with RN TERRY HASTINGS to mediate a grievance submitted 5-4-04. RN HASTINGS informed plaintiff that he had now been approved for orthopedic shoes. SEE EXIBIT G 3

35. On Aug 8th, 2004, Plaintiff submitted a 15th sick-call slip requesting to see a foot specialist and complaining of sharp pains that he was beginning to experience. SEE EXIBIT O

36. On Aug 18th, 2004, Plaintiff was called to medical to attend a level 2 hearing headed by LINDA HUNTER (Director of First Correctional Medical services). The outcome of that meeting was that the board was supposed to recommend that Plaintiff see a foot specialist (Pediatrist) and that Plaintiff be recommended

for orthopedic shoes; even though Plaintiff **was** told more than a
month before that he'd been approved for both.

37. On Sept 6th, 2004,Plaintiff MILLER submitted another grievance which
was very abundant and specific in detail. It talked about pain; it
requested to be seen by a specialist or to be sent to an outside
consultant. It also talked about Plaintiff beginning to **lose** feeling
in his feet and that he had **not been** able to sleep, exercise or walk
properly for nine months. SEE EXIBIT P

38. On Sept 7th, 2004, Plaintiff MILLER wrote a very detailed letter
to the DCC Warden- defendant **THOMAS** CARROLL, telling him the full
summary of his situation and how it was being handled. **There** was
no way possible to be any clearer about the problem. SEE **EXIBIT** Q

39. On Sept 9th, 2004, Plaintiff MILLER wrote a letter to the DCC
Commissioner - defendant STANLEY TAYLOR which was just as detailed
( if not more ) as the letter to the Warden. SEE EXIBIT R

40. On Oct 11th, 2004, Plaintiff **MILLER** wrote a letter to the DCC deputy
Warden Betty Burris to acquaint her with his situation since he
knew that she had a reputation for responding. SEE EXIBIT U

41. On information and belief, defendant DR.ALIE prepared a memo in
January 2004, which stated that the medical staff was no longer
to issue orthopedic shoes or sneakers to inmates under any
circumstances.

42. Defendant RN IHOMA conveyed this to plaintiff and shew plaintiff
the memo. She also knowingly neglected to properly treat or
recommend proper treatment for his injury.

43. On information and belief the policy and practice of DCC upon
bringing defendant DR. ALIE onboard as Director of the Medical Staff
is/was to save money at all costs, even if it means denying
inmates who require treatment ( costly or non-costly) adequate care
and even if such actions are essential to the conduct of a lawsuit.

44. Defendants STANLEY TAYLOR (COMMISSIONER) and THOMAS CARROLL (WARDEN) either knew about defendant DR. ALIE's "money saving" policies and practices or they should have known in the proper exercise of their official duties. But after Plaintiff MILLER wrote three letters to both fully detailing his situation there is no question that both were/ are aware of such practices. And although both has the power and the legal duty to end these practices, both failed or refused to do so.

## V. LEGAL CLAIMS

45. Plaintiff have been deprived of his right to " reasonably adequate" medical care which is gauranteed undre the Eighth Amendment to the United States Constitution. Courts have defined adequate medical care as "service at a level reasonably commensurate with modern medical science and of a quality acceptable within prudent professional standards" and at " a level of health services reasonably designed to meet routine emergency medical, dental, psychological or psychiatric care ".

46. Defendants failure to provide medical care needed by plaintiff MILLER constitutes 1) cruel and unusual punishment: in violation of the Eighth Amendment of the U.S. Constitution and 2) punishment without due process of law: in violation of the Fourteenth Amendment to the U.S. Constitution.

47. Defendants demonstrated " deliberate indifference " to serious medical needs of Plaintiff's; which has led to the " unnecessary and wanton infliction of pain " prescribed by the Eighth Amendment.

48. The defendants knew of and disregarded an excessive risk to Plaintiff's health and failed to act on a serious medical need even after Plaintiff continually complained of pain and requested to see a foot specialist. These complaints have continued for one full year ( until present ) without an examination of Plaintiff's

feet or any real treatment which has led Plaintiff to believe that they are being purposely ignored.

49. Plaintiff have been incarcerated for seven years and have suffered no such pain, nor are there any history of such pain prior to Jan 2004, before Plaintiff's arches fell. Plaintiff could walk proprely exercise and run. Plaintiff also slept normally prior to Jan 2004.

50. The Plaintiff have no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff have been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declatory and injunctive relief which Plaintiff seeks.

WHEREFORE, Plaintiff respectfully pray that this court enter judgement granting Plaintiff:

1. A declaratory judgement that the defendants acts, policies and practices described herein violate Plaintiff's rights under the United States Constitution.

2. A preliminary and permanent injunction which:

A. Requires defendants THOMAS CARROLL (Warden) and DR. ALIE (MEDICAL DIRECTOR) to rescind the policy directive concerning denial of treatment and to have regulations which prohibits such practices in the future, especially when such treatment is necessary and can prevent unnecessary risk to prisoners health and safety.

B. Prohibits defendants, their agents, employees, successors in interest and all other persons in active concert or participation with them; from harassing, threatening, punishing or retaliating in any way against the plaintiff because he filed this action or from transferring Plaintiff to any other institution without his express consent, during the pendency of this action.

C. Requires defendants to treat Plaintiff to the best of their ability and to have Plaintiff seen by a foot specialist

( pediatrist ) to determine what course of action needs to be
followed henceforth.

3. Compensatory damages in the amount of $20,000. to Plaintiff MILLER
from all defendants and each of them.

4. Punitive damages of $20,000. from defendant DR. Alie and defendant
RN Ihoma.

5. Trial by jury on all issues triable by jury.

6. Plaintiff's cost of this suit.

7. Such other and further relief as this court may deem just, proper
and equitable.

Respectfully Submitted,

JULIAN A. MILLER
393626

Dated  3-3-05

EXIBIT A  2ND NOTICE

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Julian Miller                    C Buldng BR2
_Name (Print)_                   _Housing Location_

4-12-61         393626          2-16-04
_Date of Birth_   _SBI Number_   _Date Submitted_

Complaint (What type of problem are you having)? My Arch on my feet
has dropped. I cannot sleep at night
for the pain and throbbing. I'm also
barely making it from the building to
Eat chow. _Julian Miller_        2-16-04
_Inmate Signature_               _Date_

**The below area is for medical use only. Please do not write any further.**

S: You have been seen 2-16-04 on this matter Arch
Supports has been ordered just takes awhile pending approval
Cont. taking medication given Ibuprofen_____

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____
    Scheduled for chronic care in March (beginning)_____

A:

P:
Note: 3-17-04 I Julian spoke to Cpt HENRy
Regarding the medical Aspect of my situation
And how it was Affecting the Relationship
with Security i.E. How long it took me to get
E: from the building to the Chow hall and
when I go straight up to get a tray instead
of waiting behind 90 or so people, it sometimes

looked at as a problem with some of the
_Provider Signature & Title_    _Date & Time_
guards. She told me she couldn't do anything
because it was a medical issue.

3/1/99 DE01
FORM#:
MED

EXHIBIT B

3rd NOTICE

13079

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Julian Miller
Name (Print)

C BLDG - B RZ
Housing Location

4-12-61
Date of Birth

393626
SBI Number

2-22-04
Date Submitted

Complaint (What type of problem are you having)? The MEDICATION that WAS issued to ME for the PAIN IN MY FEET does Absolutely Nothing. I CANNOT Sleep AT Night because of the PAIN IN MY FEET.

Julian Miller
Inmate Signature

2-22-04
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A: You are scheduled to see Medical (Inmate)
NOTE: 4-26-04 Lt. RIDER Took ME to MEDICAL to see why No one had Responded to my
P: MEDICAL NEEDS. There Dr. Ali AND one of the ASSISTANT NURSES told Lt. RIDER that I WAS on the list to SEE Dr. Ali; the Next day. (4-27-04) Today is 5-1-04 And I haven't seen
E: her yet NOR HAVE I CAME Up on the list.

RECEIVED
FEB 23 2004

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

EXIBIT C1

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 2044 | Grievance Date : 03/04/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| GC : Merson, Lise M | Housing Location : Bldg C, Tier B, Cell R2, Top | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Feet began to ache on the bottom around the arch. on 2/4/04 Ioama ordered arch supports and i
still haven't received them and my situation is worsening every day.

Remedy Requested        : I am an indigent inmate and I would like at least to try those arch supports. I'm probably going to
need a special shoe or sneakers though.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES                        Date Received by Medical Unit : 03/12/2004

Investigation Sent : 03/12/2004            Investigation Sent To        : Kratsas, Gina

Grievance Amount :

EXIBIT C2

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 2044 | Grievance Date : 03/04/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| GC : Merson, Lise M | Housing Location :Bldg C, Tier B, Cell R2, Top | |

### INFORMAL RESOLUTION

Investigator Name : Kratsas, Gina          Date of Report 03/12/2004

Investigation Report :

Reason for Referring:

Offender's Signature: _Julian Miller_

Date : 3/25/04

Witness (Officer) : _Amy Hastings RN, HSA_

Arch supports given to inmate on 3/22/04
Schedule Flu c̄ Dr Alie.

Inmate seen today 5/4/04
Does not quality for medically
purchased Shoes. Continue Arch supports
prn. See chart for full note.
Dr. Alie
5/4/04                    Resolved

EXIBIT D

4th Notice

12.5.5.5

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Julian Miller

Name (Print)

Building BR 2

Housing Location

4-12-61

Date of Birth

393626

SBI Number

3-9-04

Date Submitted

Complaint (What type of problem are you having)? My feet are still keeping me awake most of the night throbbing. They are swollen, also. I have not received the Arch Support that Ihoma said she ordered on 2-4-04

Julian Miller

Inmate Signature

3-9-04

Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:   Scheduled to see Medical   P. Johnson

P:

E:

RECEIVED
MAR 1 0 2004

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:

Dr. Ali,    EXIBITE

According to the grievance committee's inter-
mediate in my case, I'm supposed to be
scheduled to see you in the very near
future. Teri Hastings - whom I saw 2-26-04
said she would schedule me an appointment
in order to get my grievance resolved.
I am writing to acquaint you with my sit-
uation. In January my feet began hurting
around the arch area. Feb 4th Thomas ordered
arch supports. And Woltrin. March my feet and
ankles began to swell at night along with
pounding or throbbing all through the night. March
22 my arch supports came but by now my
arches had fallen. March 4th I filled out a
grievance because I was in pain and I didn't
feel to be getting "adequate treatment". March
25th I saw Teri Hastings in regards to my
grievance. By that time my feet and legs up
to my calf were swollen. They usually swell
at night and recede once I was up moving
around, but now they remain swollen for days
at a time. The arch supports that I have does
not do anything but make my feet ache after
I wear them for any length of time. The
thing is I received them too late. My arches
had already dropped when I got them. I'm
gonna need either sneakers along with these
supports, or corrective shoes. Also, what
medicine they had ordered me for to take
for pain they discontinued; but the pain didn't.
                Thank you for your time
                                J. Miller

5/3/04

Mr Miller,

We will schedule you to be evaluated by me to determine whether you are eligible to get medical shoes or not.

Dr Alie

EXIBIT F 1

Delaware Correctional Center
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 2919 | Grievance Date : 04/19/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier B, Cell R2, Top | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: I would like to be examined to see if there's more going on with my feet then just fallen arches. I've been in pain now for 3 months. I can't sleep at night because of the pain in my feet legs and up. My calves swell when i lay on my side. I was supposed to be scheduled to see dr. alie sinfce march 25 as a result of my first grievance, but I haven't seen her yet.

Remedy Requested : I know I need corrective shoes and or sneakers. But I would also like to be checked to see what other damage has been done and why my feet and leg stay swollen.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES                     Date Received by Medical Unit : 04/26/2004

Investigation Sent : 04/26/2004             Investigation Sent To : Hastings, Terry L

Grievance Amount :

EXIBIT F2

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 2919 | Grievance Date : 04/19/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location :Bldg C, Tier B, Cell R2, Top | |

### INFORMAL RESOLUTION

Investigator Name : Hastings, Terry L                    Date of Report  04/26/2004

Investigation Report :

Reason for Referring:

Inmate seen by Dr Alie on 5/4/04  Started on new med. for postherpetic neuralgia (gaba pentin)

Offender's Signature: _Julian Miller_

Date : 5-7-04

Witness (Officer) : _Edith Runcia, RN_

G.I

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: _____DCC_____

INMATE'S NAME: __Julian Miller_____

HOUSING UNIT: __C-Bldg._____

DATE SUBMITTED: __May 14, 2004__

SBI#: __393626_____

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:    Problems With My Feet

_____ I have been having problems with my feet for quite a while now. I can barely walk. The

_____ medical staff does not seem to have any answers or concern. I would like to be sent to

_____ an "outside doctor". Would you please make this an emergency.  Thank you.

GRIEVANT'S SIGNATURE: _Julian Miller_____    DATE: _5-17-04_

ACTION REQUESTED BY GRIEVANT: _____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

.62

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| Offender Name : MILLER, JULIAN A | | SBI# : 00393626 | Institution : DCC |
| Grievance # : 3461 | | Grievance Date : 05/14/2004 | Category : Individual |
| Status : Unresolved | | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | | Incident Date : 05/14/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | | Housing Location : Bldg C, Tier B, Cell R2, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I have been having problems with my feet for quite a while now. I can barely walk. The medical staff does not seem to have any answers or concern. I would like to be sent to an outside doctor. Would you please make this an emergency. thank you.

**Remedy Requested** :

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 05/20/2004 |
| Investigation Sent : 05/20/2004 | Investigation Sent To : Hastings, Terry L |
| Grievance Amount : | |

G3

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 3461 | Grievance Date : 05/14/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/14/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location :Bldg C, Tier B, Cell R2, Top | |

### INFORMAL RESOLUTION

Investigator Name : Hastings, Terry L          Date of Report  05/20/2004

Investigation Report :

Reason for Referring:

Seen by Dr. Alie 5/20/04 *
Has been approved for orthop. shoes. Waiting for
specialist to come on site to fit to inmate.
Being moved to F-Block for short term until
shoes arrive.

Level II hearing to be scheduled.

Offender's Signature: _Julian Miller_

Date        * : _7/16/04_

Witness (Officer) : _Terry Hastings Rd_

Page 2 of 2

EXIBIT H

# SUPPORT SERVICES OFFICE

TO:        Julian Miller
           SBI#: 393626
           C

FROM:      Joe Hudson
           Support Services Manager

DATE:      May 19, 2004

RE:        letter


*I will refer your health concerns to the D.C.C. representative that meets with medical weekly.*


JH/ss

CC:    Major Cunningham
       Deputy Warden Burris
       File

EXIBIT 1

8th Notice

143337

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Julian Miller                    C BLOG  B22
_____                _____
Name (Print)                       Housing Location

4-12-61          398626          5-17-04
_____   _____   _____
Date of Birth            SBI Number             Date Submitted

Complaint (What type of problem are you having)? Supposed to start
Medication as of 5-4-04 for posther petic
Napralgia but haven't started it yet. My
feet still in pain and swelling.

_____          _____
Inmate Signature                        Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:   Referred to Pharmacy                    P Gray

P:

E:

RECEIVED
MAY 1 8 2004
Date & Time

_____
Provider Signature & Title

3/1/99 DE01
FORM#:
MED
263

EXIBIT J

4th Notice

14585

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one)  (MEDICAL)  DENTAL  MENTAL HEALTH

Julian Miller                    C BLDG BR2

Name (Print)                          Housing Location

4-12-61        393626        5-24-04

Date of Birth      SBI Number      Date Submitted

Complaint (What type of problem are you having)? My Medication WAS
discontinued 5-4-004 for pain And I still
am in pain. I can't sleep over two
hrs. without my feet throbbing, Plus my
legs And feet swell up in my sleep.

Julian Mila                         5-24-04

Inmate Signature                    Date

The below area is for medical use only. Please do not write any further.

S: Scheduled for mid level provider — 5/25/04

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title

RECEIVED

MAY 2 5 2004

Date & Time

3/1/99 DE01
FORM#:
MED
263

14653    EXHIBIT A    11th NOTICE

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Julian Miller                          C BLDG  BR2

Name (Print)                          Housing Location

4-12-61          393626          6-1-04

Date of Birth      SBI Number        Date Submitted

Complaint (What type of problem are you having)? 2 PROBLEMS. Can't
sleep at night for more than 2 hours at
a time due the pain and throbbing in my
feet. 2) I have developed two lumps in
my chest.

Julian Miller                          6-1-04

Inmate Signature                          Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:____   Pulse: ____   Resp: ____   B/P: ____   WT: ____

A:  Scheduled to see Medical                          P. J_____

P:

E:

Provider Signature & Title                    JUN 0 1 2004
                                              Date & Time

3/1/99 DE01

FORM#:

MED

To: Commissioner

From: Julian Miller 393626

Re: Medical Complaint

6-14-04

EXIBIT L

Mr. Commissioner,

I wrote you a detailed letter concerning my condition with my health and the inadequate care that the medical staff (and in particularly Dr. Alie and Nurse Ihema) has provided for me since January when it happened. It's been over a month and 1/2 now, and I've gotten no response. I was waiting to see if anything will be done on this level before taking it to the next level. A copy has been made of this

5-14-04

To: Thomas Carrell - Warden
From: Julian Miller 393626        Exibit 8
Re: Medical Complaint              M

Mr. Warden,
I wrote you a detailed letter about my serious
health problem with my arches, of my feet
and the inadequate care that the medical
staff (and in peticular Dr. Alie) has provided
for me since January when it happened.
I haven't got a response and it's been over
a month and 1/2. I was waiting to see if any
thing is going to be done on this level
before moving to the next level. Your con-
sideration will be appreciated. Thank you.

EXIBITN 14th NOTICE

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

JULIAN MILLER

Name (Print)

4-12-61     393626     7-6-04

Date of Birth     SBI Number     Date Submitted

D   F-22

Housing Location

Complaint (What type of problem are you having)? My FEET ARE pounding with PAIN so that I CAN'T sleep AT NIGHT. They AISO SWEIIS bad during the day.

Julian Mills     7-6-04

Inmate Signature     Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A: Scheduled to see Medical. Check daily lists P. Gow

P:

E:

Provider Signature & Title

RECEIVED
JUL 0 7 2004
Date & Time

3/1/99 DE01

FORM#:

MED

263

EXHIBIT O   13   NOTICE

103 68.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Julian Miller ✓                    D BLDG  F-22

Name (Print)                                      Housing Location

4-17-61        393626            8-8-04

Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? I would like to
be examined by a foot specialist, I'm
getting sharp pains in my feet
at different times throughout the
day and night.

Julian Miller                    8-8-04

Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S: _____

_____

_____

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

_____

A:  Scheduled to see Medical _____

_____

P: _____

_____

_____

_____

E: _____

_____

_____        DECEIVED

Provider Signature & Title            AUG 10 2004

                                     Date & Time

3/1/99 DE01
FORM#:
MED
263

EXIBIT P

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC SMYRNH

INMATE'S NAME: Julian Miller

HOUSING UNIT: D-EAst    F-22

DATE SUBMITTED: 9-6-04

SBI#: 393626

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

My Arches in my feet began falling in Jan. 2004. This is Sept 6TH 2004, and my feet hasn't even been examined as of yet, Although I've made continous and ongoing complaints about the pain and progression of this ailment. I've also requested to be seen by a foot specialist or to be sent to an outside doctor on at least 3 occasions that I have record of. I have begun to lose feeling in my toes at certain times plus I haven't been able to sleep, exercise or walk properly since Jan 2004. This ignoring of my situation demonstrates "deliberate indifference" and makes a "serious" situation "very serious"...

GRIEVANT'S SIGNATURE: Julian Miller    DATE: 9-6-04

ACTION REQUESTED BY GRIEVANT: That some size 13 sneakers be ordered to replace these boots that I currently have because they aggravate my feet and I'd like to be examined by a foot specialist as I've requested before to determine what else is necessary...

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

why it was taking me so long to get to ~~the~~ the mess halls from my housing unit. Lt. Ryder ~~even~~ even escorted me over to medical on an emergency visit to inquire why two months had passed and nothing had been done for me. He spoke to Dr. Hire personally who told him I was on the list to see her the next day - but it was a month later before I seen her. I say that to say it had became so obvious that even a person with no medical background could see I needed a doctors attention. I haven't been able to walk, exercise or sleep proper since Jan and it appears that the medical staff is "deliberately ignoring" my complaints of pain and their lack of treatment has caused a very serious situation I've begun to lose feeling in my toes from time to time along with the pain and swelling. Mr. Taylor you have the power and legal duty to intervene in this matter - I've gone far too long without treatment This could have been avoided by them ordering me a $40.00 pair of sneakers with support or even a $200.00 pair of orthopedic shoes. Now I may have to have surgery. I would appreciate you acting in this matter. This is a copy of an original notice. Thank you for your time,     J.H. Mike

You have the power and legal duty to intervene in this matter - for I have gone far too long and I've been very patient for nothing to have been done. This could have been avoided by ordering me a $140.00 pair of sneakers with supports or even a $200.00 pair of orthopedic shoes. Now I may have to have surgery and there's also the issue of liability. I would appreciate you act in this matter. This is a copy of the original in case I don't receive a response once again.

Thank you for your time
Respectfully

Julian Miller
393626

EXIBIT-S

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/14/2004

EXIBITS

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offende. | JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievan. | | Grievance Date : 09/06/2004 | Category : Individual |
| Status | .ved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | | Incident Date : 09/06/2004 | Incident Time : |
| GC | Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Descript:** My arches in my feet began falling in Jan 04. This sept 6 04 and my feet haven't been examined as of yet. although I've made continous and ongoing complaints about pain and progression of this ailment. I've also requested to be seen by a foot specialist or to be sent to an outside doctor on at least 3 occasions that I have record of. I have begun to lose feeling in my toes at certain times, plus haven't been able to sleep, exercise or walk properly since 1/04. this ignoring of my situation demonstrates deliberate indifference and makes a serious situation, very serious.

**Remedy F** That some size 13 sneakers be ordered to replace the boots that i currently have because they aggravate my feet: and I'd like to be examined by a foot specialist as I've requested before to determine what else is necessary.

### INDIVIDUALS INVOLVED

| Ty | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES

Date Received by Medical Unit : 09/14/2004

Investigation Sent : 09/14/2004

Investigation Sent To : Hastings, Terry L

Grievance Amount :

Date: 09/14/2004

DCC - Delaware Correction Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender | JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # | | Grievance Date : 09/06/2004 | Category : Individual |
| Status | Unresolved | Resolution Status: | Inmate Status : |
| Grievance | Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC | Johnson, Lise M | Housing Location :Bldg D-EAST, Tier F, Cell 22, Bottom | |

### INFORMAL RESOLUTION

Investigate      Hastings, Terry L                    Date of Report  09/14/2004

Investigat

Reason for

D ..... has denied
I..ue to Level II

Offender's Signature:_____

Date                 : 9/21/04

Witness (Officer)    : Terry Hastings

**Page 2 of 2**