EXHIBIT

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Julian MILLER
Name (Print)

D-East F-22
Housing Location

04-12-61
Date of Birth

3936266
SBI Number

10-10-04
Date Submitted

Complaint (What type of problem are you having?) I AM having sharp pains in my feet and I have began to lose feeling in my toes. I've been complaining about this since January and I have yet to be examined.

Julian Miller
Inmate Signature

10-10-04
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

To: Deputy Warden
Betty Burris                              10-11-04
From: Julian Miller
393626                                   EXIBIT-U
RE: Inadequate Medical Treatment

Dep. Warden Burris,
I have developed a critical medical condition
that has been ignored and untreated for
9 months now despite constant and ongoing
complaints of pain and progression. I have
requested to be seen by a specialist or to
be sent to an outside hospital on several
occasions and those request have been ignored
Also. This is a summary of my situation:
In January, my arches in my feet began
falling. I began submitting sick-call slips
particularly detailing the pain I was experien-
cing. RN Ihoma began screening and pulling
my sick-call slips so that my appointment
would be with her even though she told me in
our first meeting that there was nothing she
could do for me but order me some Motrin
or Tylenol because the medical staff did
not issue sneakers or orthopedic shoes
anymore. This whole time I'm in constant
contact with inmates whose situation is
less serious than mine and who can
walk better than I can being issued
sneakers and orthopedic shoes. I also
Krow know 4 inmates who gets foot-theraph

10-11-04

EXIBIT-U

If people with no medical experience (laymen) can see that I need a doctor's attention; then there is no way medical staff with experience and degrees should by all means be able to see that something needs to be done. This is without a doubt inadequate medical treatment and border deliberate indifference, in that the medical staff have clear knowledge of the situation but ignore or refuse to properly treat it. This also constitutes a violation of my civil rights proscribed by the U.S. Constitution in that I'm not able to exercise or sleep properly due to pain, nor am I able to walk more than 100 meters or so before pain set in. Deputy Warden Burris you have the power and legal duty to intervene in this matter. I've gone far too long without treatment. This situation could have been avoided by ordering a pair of sneakers and/or orthopedic shoes (which you can see in the enclosed exibit G3) they told me they had approved. Now I may have to have surgery. My hand is being forced to go before the court to seek relief. I was trying to work with the system to resolve this and relieve my pain. Your consideration would be greatly appreciated and thank you for your time . . .

Julian Miller

DIRECTOR FCMS                    EXIBIT-V     10-14-04
LINDA HUNTER
BRENDA LEE,

My arches in my feet began falling in January.
I submitted many sick call slips and 3 grievances
particularly detailing the pain that I was
experiencing. Then the condition began to
progress and my feet began swelling. RN
Thoma, DR. Alie, and the medical staff have
ignored my complaints for 9 months now
except for telling me they do not issue
sneakers or medical orthopedic shoes any-
more. I've requested to be seen by a
specialist or to be sent to an outside hospital
but those request have been ignored also.
DR. Alie diagnosed this condition as postherpetic
neuralgia on 5-4-04 and ordered some medicine
called gaba pentin which I've been taking now
for five months and it has done absolutely
nothing for my situation. As a matter of fact,
I've gotten worse since I began taking it.
I've began to lose feeling in my toes and
these state issued boots make my feet
hurt and swell the longer I wear them. Plus,
the progression of my condition has esculated
whereas now my legs and ankles swell along
with my feet and when they go down they
are sore from having been swollen. In the first
months, most of my sick call slips were screened
and pulled br RN Thoma so I could always

EXIBIT W-1

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date 10/19/2004

Inmate Copy

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 6816 | Grievance Date : 09/06/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** My arches in my feet began falling in Jan 04. This sept 6 04 and my feet haven't been examined as of yet. although I've made continous and ongoing complaints about pain and progression of this ailment. I've also requested to be seen by a foot specialist or to be sent to an outside doctor on at least 3 occasions that I have record of. I have begun to lose feeling in my toes at certain times, plus haven't been able to sleep, exercise or walk properly since 1/04. this ignoring of my situation demonstrates deliberate indifference and makes a serious situation, very serious.

**Remedy Requested** : That some size 13 sneakers be ordered to replace the boots that i currently have because they aggravate my feet: and I'd like to be examined by a foot specialist as I've requested before to determine what else is necessary.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 09/14/2004 |
| Investigation Sent : 09/14/2004 | Investigation Sent To : Hastings, Terry L |
| Grievance Amount : | |

EXIBIT W 2

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** MILLER, JULIAN A | **SBI#** : 00393626 | **Institution** : DCC |
| **Grievance #** : 6816 | **Grievance Date** : 09/06/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2004 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Hastings, Terry L | **Date of Report** 09/14/2004 |

**Investigation Report :** Dr. Alie continues to deny

To Level II

**Reason for Referring:**

Offender's Signature:_____

Date :_____

Witness (Officer) :_____

EXIBIT X

18176

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Julian Miller
Name (Print)

D-East F-22
Housing Location

04-12-61
Date of Birth

393626
SBI Number

10-10-04
Date Submitted

Complaint (What type of problem are you having?) I AM HAVING SHARP PAINS IN MY FEET AND I HAVE BEGAN to lose feeling IN MY TOES. I'VE BEEN COMPLAINING ABOUT THIS SINCE JANUARY AND I HAVE YET to be EXAMINED.

Julian Miller
Inmate Signature

10-10-04
Date

**The below area is for medical use only. Please do not write any further.**

S: You have been scheduled for above issue — WB

O:    Temp: ____    Pulse: ____    Resp: ____    B/P: ____    WT: ____

A:

P:

E:

RECEIVED
OCT 1 2 2004
RECEIVED

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

EXIBIT Y1

DCC — Delaware Correctional Center

Date 10/19/2004

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 6816 | Grievance Date : 09/06/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

### IGC

Medical Provider:                     Date Assigned

Comments:

☑ Forward to MGC                ☐ Warden Notified

☐ Forward to RGC                Date Forwarded to RGC/MGC : 10/12/2004

☐ Offender Signature Captured    Date Offender Signed :

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** MILLER, JULIAN A | **SBI#** : 00393626 | **Institution** : DCC | |
| **Grievance #** : 6816 | **Grievance Date** : 09/06/2004 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2004 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom | | |

### APPEAL REQUEST

yes

### REMEDY REQUEST

In january I began complaining about my feet and the medical staff told me, my arches was falling. RN Ihoma said that they didn't issue sneakers or orthopedic shoes but she could issue me some arch supports. 3 months later after my arches had fell I received some hard plastic arch supports that hurts more when I wear them. I've requested to see a foot specialist on several occasions. I am unable to exercise, sleep or walk properly and it has been 9 months and I have yet to even be examined, plus I'm beginning to lose feeling in my toes and the balls of my feet.I just want to be seen by someone who is qualified so that I can be relieved of this pain and suffering and be able to sleep and walk normally like I was before Jan 04. Thank You for your time.

EXIBIT Y3

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/19/2004

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 6816 | Grievance Date : 09/06/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

## MGC

Date Received : 10/12/2004          Date of Recommendation: 10/19/2004

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Reeve, Diane | Deny |
| Staff | | Breton, Monique | Deny |
| Staff | | Dunn, Lee Anne | Deny |
| Staff | | Merson, Lise M | Abstain |

## VOTE COUNT

| Uphold : 0 | Deny : 3 | Abstain : 1 |
|---|---|---|

## TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

## RECOMMENDATION

Denied
Recommend an appointment with Dr. Alie
Appeal form given with instructions.

EXIBIT Z1

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Julian Miller                                    D-East    F-22
_____                          _____
Name (Print)                                     Housing Location

4-12-61              393626                       11-1-04
_____        _____            _____
Date of Birth          SBI Number                 Date Submitted

Complaint (What type of problem are you having)?  I have lost most of
the feeling in my toes and I cannot sleep
properly at night because of the sharp pains
and throbbing I have been having for 3 months.
                                                    SEE REVERSE
Julian Miller                          11-1-04       side
_____                _____
Inmate Signature                       Date

**The below area is for medical use only. Please do not write any further.**

S: _____

_____

O:  Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

E: _____

_____

_____        _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

EXIBIT 22

1810

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Julian Miller    Housing Location: D-East F-22

Date of Birth: 4-12-61    SBI Number: 393626    Date Submitted: 11-1-04

Complaint (What type of problem are you having?) I have lost most of the feeling in my toes and I cannot sleep properly at night because of the sharp pains and throbbing I have been having for 3 months. SEE REVERSE SIDE

Inmate Signature: Julian Miller    Date: 11-1-04

**The below area is for medical use only. Please do not write any further.**

S: 11-03-04 - Sch'd c MEP. bhkn

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title _____    Date & Time _____

3/1/99 DE01
FORM#:
MED
263

EXIBIT A1





1/3/05

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: DCC SMYRNA

INMATE'S NAME: JULIAN MILLER

HOUSING UNIT: D-EAST F-22

DATE SUBMITTED: 12-10-04

SBI#: 393626

CASE #: 10041

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

In January 2004, My arches in my feet began to fall. Since that time, I have went through phases with my feet and legs swelling, sharp pains and now the loss of feeling in my toes. I have requested on numerous occasions to be seen by a foot specialist to better determine the damage that has been done. I am unable to sleep, exercise or walk properly since Jan. 2004. I would like to request again to be seen by a foot specialist or Pediatrist.

GRIEVANT'S SIGNATURE: Julian Miller     DATE: 12-10-04

ACTION REQUESTED BY GRIEVANT: That I be scheduled to see a foot specialist either on site or at an outside facility. I was once approved for orthopedic shoes but never received them. I would like to be fitted for and receive them if they will help.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

RECEIVED

DEC 1 5 2004

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.
_____ **Disciplinary Action**        _____ **Parole Decision**        _____ **Classification Action**

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

__✓__ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _6816_.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

Grievance at Bureau Chief level.

_____
Inmate Grievance Chairperson

**DEC 2 8 2004**

_____
Date

EXIBIT A1

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC SMYRNA

INMATE'S NAME: Julian Miller

HOUSING UNIT: D-East F-22

DATE SUBMITTED: 12-10-04

SBI#: 393626

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

In January 2004, my arches in my feet began to fail. Since that time, I have went through phases with my feet and legs swelling, sharp pains and now the loss of feeling in my toes. I have requested on numerous occasions to be seen by a foot specialist to better determine the damage that has been done. I am unable to sleep, exercise or walk properly since January 2004. I would like to request again to be seen by a foot specialist or pediatrist.

GRIEVANT'S SIGNATURE: Julian Miller    DATE: 12-10-04

ACTION REQUESTED BY GRIEVANT: That I be scheduled to see a foot specialist either on site or at an outside facility. I was once approved for orthopedic shoes but never received them. I would like to be fitted for and receive them if they will help.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

EXIBIT A2

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

JULIAN MILLER                          D-EAST F-TIER CELL-22
_____                    _____
Name (Print)                           Housing Location

4-12-61          00393626              12-27-04
_____      _____         _____
Date of Birth    SBI Number            Date Submitted

Complaint (What type of problem are you having)? I AM having SHAP PAINS
IN MY FEET AND lower legs. I'M Also having
problems walking MORE AND MORE. MY
feet swells AND Aches. I would like to
                                          REVERSE →

_____                12-27-04
Inmate Signature                       _____
                                       Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

_____        _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

EXIBIT A-2

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC SMYRNA

INMATE'S NAME: Julian Miller

HOUSING UNIT: D-East F-22

DATE SUBMITTED: 1-13-05

SBI#: 393626

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

For 12 months now I have been complaining of pain and requesting to see a foot specialist. For the last 3 months I've been complaining of sharp pains, swelling and loss of feeling in my toes and feet. I have not been examined or put on a list as of yet to see a foot specialist even though I've been promised to be. I can barely walk and I cannot exercise or sleep properly. This is amounting to cruel and unusual punishment.

GRIEVANT'S SIGNATURE: Julian Miller    DATE: 1-13-05

ACTION REQUESTED BY GRIEVANT: I would like to be examined by a foot specialist or to be sent to an outside doctor to determine what is wrong with me since the medical staff here don't have a clue.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

EXIBIT A 4

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 10794 | Grievance Date : 01/13/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Medical Staff | Incident Date : 01/13/2005 | Incident Time : |
| GC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: For 12 months now I have been complaining of pain and requesting to see a foot specialist. For the last 3 months I've been complaining of sharp pains, swelling and loss of feeling in my toes and feet. I have not been put on a list as of yet to see a foot specialist, even though I've been promised to be. I can barely walk and I cannot exercise or sleep properly. This is amounting to cruel and unusual punishment.

Remedy Requested : I would like to be examined by a foot specialist or to be sent to an outside doctor to determine what is wrong with my feet since the medical staff here don't have a clue.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 01/20/2005 |
| Investigation Sent : 01/20/2005 | Investigation Sent To : Munson, Amy |
| Grievance Amount : | |

*Duplicate*

As you CAN SEE this isN't A duplicate GRIEVANCE, there is NON like it beFORE. HoweveR it is About the SAME issue which haveN't beEN Resolved FoR AN ENtiRE yEAR! JAMiller

*EXIBIT A-4*

**DCC - Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

**Offender Name :** MILLER, JULIAN A     **SBI#** : 00393626     **Institution** : DCC

**Grievance #** : 10794     **Grievance Date** : 01/13/2005     **Category** : Individual

**Status** : Unresolved     **Resolution Status:**     **Inmate Status :**

**Grievance Type:** Medical Staff     **Incident Date** : 01/13/2005     **Incident Time :**

**IGC** : Merson, Lise M     **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Munson, Amy          **Date of Report** 01/20/2005

**Investigation Report :** #6816 Duplicate grievance at level 3

**Reason for Referring:**

---

**Investigator Name** : Wolken, Gina          **Date of Report** 01/24/2005

**Investigation Report :**

**Reason for Referring:**

*Duplicate*

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

EXIBIT A-5

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Inmate Copy

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** MILLER, JULIAN A | **SBI#** : 00393626 | **Institution** : DCC | |
| **Grievance #** : 6816 | **Grievance Date** : 09/06/2004 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Resol. Date** : 01/26/2005 | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2004 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** My arches in my feet began falling in Jan 04. This sept 6 04 and my feet haven't been examined as of yet. although I've made continous and ongoing complaints about pain and progression of this ailment. I've also requested to be seen by a foot specialist or to be sent to an outside doctor on at least 3 occasions that I have record of. I have begun to lose feeling in my toes at certain times, plus haven't been able to sleep, exercise or walk properly since 1/04. this ignoring of my situation demonstrates deliberate indifference and makes a serious situation, very serious.

**Remedy Requested** : That some size 13 sneakers be ordered to replace the boots that i currently have because they aggravate my feet: and I'd like to be examined by a foot specialist as I've requested before to determine what else is necessary.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 09/14/2004 |
| **Investigation Sent :** 09/14/2004 | **Investigation Sent To** : Hastings, Terry L |
| **Grievance Amount :** | |

*EXIBIT #1-5-1*

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

**Offender Name** : MILLER, JULIAN A          **SBI#**          : 00393626          **Institution**          : DCC

**Grievance #**    : 6816          **Grievance Date** : 09/06/2004          **Category**          : Individual

**Status**          : Resolved          **Resolution Status:** Level 3          **Inmate Status :**

**Grievance Type:** Health Issue (Medical)          **Incident Date**    : 09/06/2004          **Incident Time :**

**IGC**          : Merson, Lise M          **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom

### INFORMAL RESOLUTION

**Investigator Name** : Hastings, Terry L          **Date of Report** 09/14/2004

**Investigation Report :** Dr. Alie continues to deny

To Level II

**Reason for Referring:**

**Offender's Signature:**_____

**Date** : _____

**Witness (Officer)** : _____

EXIBIT A-5-2

**DCC  Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/26/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 6816 | Grievance Date : 09/06/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

### IGC

**Medical Provider:** **Date Assigned**

**Comments:**

☑ Forward to MGC               ☐ Warden Notified

☐ Forward to RGC               Date Forwarded to RGC/MGC : 10/12/2004

☐ Offender Signature Captured   Date Offender Signed :

EXIBIT A-5-3

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION (MGC)

## OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 6816 | Grievance Date : 09/06/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

## MGC

Date Received : 10/12/2004          Date of Recommendation: 10/19/2004

## GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Reeve, Diane | Deny |
| Staff | | Breton, Monique | Deny |
| Staff | | Dunn, Lee Anne | Deny |
| Staff | | Merson, Lise M | Abstain |

## VOTE COUNT

Uphold : 0          Deny : 3          Abstain :1

## TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

## RECOMMENDATION

Denied
Recommend an appointment with Dr. Alie
Appeal form given with instructions.

EXIBIT A-5-4

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** MILLER, JULIAN A | **SBI#** : 00393626 | **Institution** : DCC |
| **Grievance #** : 6816 | **Grievance Date** : 09/06/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2004 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom | |

| APPEAL REQUEST |
|---|

yes

| REMEDY REQUEST |
|---|

In january I began complaining about my feet and the medical staff told me, my arches was falling. RN Ihoma said that they didn't issue sneakers or orthopedic shoes but she could issue me some arch supports. 3 months later after my arches had fell I received some hard plastic arch supports that hurts more when I wear them. I've requested to see a foot specialist on several occasions. I am unable to exercise, sleep or walk properly and it has been 9 months and I have yet to even be examined, plus I'm beginning to lose feeling in my toes and the balls of my feet.I just want to be seen by someone who is qualified so that I can be relieved of this pain and suffering and be able to sleep and walk normally like I was before Jan 04. Thank You for your time.



EXIBIT A-5-6

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 6816 | Grievance Date : 09/06/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 22, Bottom | |

### REFERRED TO

Due Date :     Referred to:     Name:

Type of Information Requested :

### DECISION

Date Received : 10/26/2004

Decision Date : 11/16/2004    Vote : Uphold

Comments :

I recommend that FCM immediately authorize an outside consult with a foot specialist to address the Grievant's condition, which their treatment protocol has been unable to solve.

EXIBIT A-5-6

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : MILLER, JULIAN A | **SBI#** : 00393626 | **Institution** : DCC |
| **Grievance #** : 6816 | **Grievance Date** : 09/06/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 22, Bottom | |

| DECISION | | |
|---|---|---|
| **Decision Date:** 01/03/2005 | **Vote** : Uphold | |

**Comments** :
I concur with the recommendation of the BGO.

EXIBIT A-5-1

**DEPARTMENT OF CORRECTION**
**Bureau of Prisons**
**245 McKee Road**
**Dover, Delaware 19904**

January 3, 2005

Inmate MILLER JULIAN A
SBI # 00393626
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear JULIAN MILLER:

We have reviewed your Grievance Case # 6816 dated 09/06/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by
BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

# Affidavit of Service

I, __Julian A. Miller__, hereby certify that I have served a true
and correct cop(ies) of the attached: __U.S. Marshal-285__, complaint, memo
in support, amended complaint_____ upon the court for the following
parties/person (s):

TO: ATTORNEY GENERAL

820 North French Street

Wilmington, Delaware

19801


TO: Stanley Taylor

DOC Commissioner

245 Mc Kee Road

Dover, Delaware

19901


TO: Thomas Carroll

DCC Warden

1181 Paddock Road

Smyrna, Delaware

19977


TO: Dr. Alie

Medical Director DCC

1181 Paddock Road

Smyrna, Delaware

19977


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __3rd__ day of __March__, __2005__

## Affidavit OF SERVICE

I, ___Julian A. Miller___, hereby certify that I have

served a true and correct cop(ies) of the attached: __U.S. Marshal__
__285, complaint, memo in support, amended complaint__
_____ upon the

court for the following parties/person (s);


TO: RN Ihoma                          TO: _____

    Registered Nurse DCC              _____

    1181 Paddock Road                 _____
    Smyrna Delaware                   _____

              19977                   _____


TO: _____          TO: _____

    _____          _____

    _____          _____

    _____          _____

    _____          _____


BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the
United States Mail at the Delaware Correctional Center, Smyrna, DE
19977, r

On this 3rd day of __March__, 200 5 .

_____