IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JULIAN A. MIRLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1367-KAJ |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, DR. ALIE, and RN IHOMA, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Aaron R. Goldstein on behalf of Defendants Stanley Taylor and Thomas Carroll. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

Dated: May 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 18, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants: Julian A. Miller

/s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us