**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JULIAN A. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 04-1367-KAJ |
| | ) |
| STANLEY TAYLOR, individually and in | ) |
| his official capacity as Commissioner of | ) |
| the Delaware Department of Correction; | ) |
| THOMAS CARROLL, individually and in | ) |
| his official capacity as Warden of the | ) |
| Delaware Correctional Center at Smyrna; | ) |
| DR. ALIE, individually and in her official | ) |
| capacity as Medical Director at DCC | ) |
| Smyrna;  RN IHOMA, individually and in | ) |
| her official capacity as Registered Nurse at | ) |
| DCC Smyrna, | ) |
| | ) |
| Defendants. | ) |

**STATE DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO RULES 12 (B)(1) AND 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW, the Defendants, Stanley Taylor and Thomas Carroll, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1) and 12 (b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Defendants.  In support of their motion to dismiss, the Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating arguments in favor of the requested relief.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /S/ Aaron R. Goldstein
                                              _____
                                              Aaron R. Goldstein     #3735
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N.  French Street, 6th floor
                                              Wilmington, DE 19801
                                              (302) 577-8308
DATE:  June 21, 2005                   Attorney for Defendants Taylor and Carroll.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JULIAN A. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1367-KAJ |
| | ) | |
| STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this _____ day of _____, 2005, the Motion to Dismiss filed by Defendants Stanley Taylor and Thomas Carroll in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movants and against the Plaintiff.

_____
The Honorable Kent A. Jordan
United States District Court

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on June 21, 2005, I electronically filed Defendants' Motion to Dismiss with the Clerk of the Court using CM/ECF which will send notification of such filing to the following: (incarcerated *pro se* matter).  I hereby certify that on June 21, 2005, I have mailed by United States Postal Service, the attached document to the following non-registered participant:  Julian A. Miller, S.B.I. # 393626, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

/s/ Aaron R. Goldstein
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us