IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, THOMAS )<br>CARROLL, DR. ALIE, and RN IHOMA, )<br>)<br>Defendants. ) | Civil Action No. 04-1367-KAJ |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 13th day of October, 2005, the court having determined that plaintiff is appearing in this matter pro se because plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

2. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

_____
UNITED STATES DISTRICT JUDGE