IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANLEY TAYLOR, THOMAS<br>CARROLL, DR. ALIE, and RN IHOMA,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1367-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **14th** day of **October, 2005,**

IT IS ORDERED that a status teleconference has been scheduled for **October 26, 2005 at 4:30 p.m.** with the undersigned. **Counsel for Defendants Stanley Taylor and Thomas Carroll shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE