10-20-05

To: Clerk of Court
Mr. Peter Dalleo

I have been excepted as a pro se litigant and have proven on 2 accounts that I have no funds at all (not 10¢ or 50¢) on my account, neither have I had any funds at all for the past four years. I would like to request a copy of Docket CA 04-1367 KAJ. Now it may be possible for me to come up with a couple of stamps to pay for a copy, but I was under the assumption that all things connected to this case would be eventually decided on anyway. At any rate I would like to thank you for your time.

FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully
Julian A. Miller
393626   D-East F-16
Case # 04-1367-KAJ

Enclosed are ammendment to my complaint.





Office of the Clerk
U.S. District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

I/M Julian A. Miller
SBI# 393626 UNIT D-E F-16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977