10-20-05

To: Judge Kent A. Jordan
Your Honor,

I know that a status teleconference has been scheduled for 10-26-05. I have continously been attempting to be seen since I filed a suit. Since then I have not only not seen a specialist, but I have not been seen on sick-call at all about my feet: even though my records will show that the medical staff kept telling me that I would be scheduled to see medical. In light of the situation here and the investigation that is on going I send these Exibits to ammend my complaint so that my above statements are verified and to bring to light the fact that it has now been 20 months instead of 10 and I may have a permanent handicap now. It may be possible, but I can't imagine getting back 100% from this. Thank you for your precious time Sir.

FILED

OCT 24 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully,
Julian A. Miller
393626
Case # 04-1367-KAJ





OFFICE OF THE CLERK
U.S. District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

IM Julian A. Miller
SBI# 393626 UNIT D-E F-16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977