OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 26, 2005

TO: Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: *Request for Copy of Docket,* 04-1367(KAJ)

Dear Mr. Miller:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. *A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

The papers received by this office for filing in the above do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3. In order for your documents to be acceptable for filing, they **must be served by you, upon all defense counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Docket Sheet

10-20-05

㉙

To: Clerk of Court
Mr. Peter Dalleo

I have been excepted as a pro se litigant and have proven on 2 accounts that I have no funds at all (not 10¢ or 50¢) on my account, neither have I had any funds at all for the past four years. I would like to request a copy of Docket CA 04-1367 KAJ. Now it may be possible for me to come up with a couple of stamps to pay for a copy, but I was under the assumption that all things connected to this case would be eventually decided on anyway. At any rate I would like to thank you for your time.


FILED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Respectfully
Julian A. Miller
393626 D-East F-16
Case # 04-1367-KAJ

Enclosed are ammendment to my complaint.