IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1367-KAJ |
| | ) |
| STANLEY TAYLOR, THOMAS | ) |
| CARROLL, DR. ALIE, and RN IHOMA, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **27th** day of **October, 2005**,

WHEREAS, the plaintiff filed a motion to amend the complaint (D.I. 30) and the defendants having no objection to the motion,

IT IS ORDERED that plaintiff's motion to amend the complaint (D.I. 30) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE