IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, THOMAS )<br>CARROLL, DR. ALIE, and RN IHOMA, )<br>)<br>Defendants. ) | Civil Action No. 04-1367-KAJ |

## ORDER RECOGNIZING REPRESENTATION

And now, this 26th day of January, 2006, the court recognizes that Sean P. Hayes, Esquire, has agreed to represent plaintiff, Julian A. Miller, as counsel of record in the above-captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this Order is amended or revoked by further order of the court.

*[signature]*
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware