IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JULIAN A. MILLER,                        )
                                         )
                    Plaintiff,           )
                                         )
            v.                           )      Civil Action No. 04-1367-KAJ
                                         )
STANLEY TAYLOR, THOMAS                   )
CARROLL, DR. ALIE, and RN IHOMA,         )
                                         )
                    Defendants.          )


**ORDER**

At Wilmington, Delaware, this **21st** day of **February, 2006**,

WHEREAS, Sean P. Hayes, Esq. was appointed as counsel for plaintiff

on January 26, 2006 (D.I. 34);

WHEREAS, there has been no response by plaintiff to a Motion to

Dismiss (D.I. 22) filed by defendants Stanley Taylor and Thomas Carroll on June 21,

2005; therefore,

IT IS ORDERED that, on or before March 14, 2006, plaintiff shall file an

answering brief in opposition to the motion to dismiss.


_____
UNITED STATES DISTRICT JUDGE