IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>   Plaintiff,<br><br> v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>   Defendants. | C.A. No. 04-1367-KAJ |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between counsel for the parties and subject to approval of the Court that Julian A. Miller's answer to State Defendants' Joint Motion to Dismiss Pursuant to Rules 12(B)(1) and 12(B)(6) of the Federal Rules of Civil Procedure will be due on or before May 1, 2006.

| FISH & RICHARDSON P.C. | DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Sean P. Hayes* | */s/ Aaron R. Goldstein* |
| Sean P. Hayes (I.D. No. 4413) | Aaron R. Goldstein (I.D. No. 3735) |
| Fish & Richardson P.C. | Department of Justice |
| 919 N. Market Street, Suite 1100 | 820 N. French Street |
| P.O. Box 1114 | 6th Floor |
| Wilmington, DE 19899-1114 | Wilmington, DE 19801 |
| (302) 652-5070 | (302) 577-8400 |
| hayes@fr.com | aaron.goldstein@state.de.us |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| *Julian A. Miller* | *Stanley Taylor and Thomas Carroll* |

Dated: March 2, 2006

**SO ORDERED** this _____ day of March, 2006.

                                                  _____
                                                  The Honorable Kent A. Jordan