IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>             Plaintiff,<br><br>   v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>             Defendants. | C.A. No. 04-1367-KAJ |

**PLAINTIFF JULIAN MILLER'S MOTION FOR DEFAULT
JUDGMENT AGAINST DR. SITTA B. GOMBEH-ALIE**

      Plaintiff Julian A. Miller (hereinafter referred to as "Plaintiff Miller") hereby moves for default judgment against Dr. Sitta B. Gombeh-Alie (Defendant Gambeh-Alie)[1]. Plaintiff Miller filed this civil rights action on October 18, 2004. (D.I. 2). Plaintiff Miller filed an amended complaint on March 7, 2005. (D.I. 13) Defendant Gombeh-Alie was served with the amended complaint and waived service. The executed waiver of service was returned on July, 27, 2005 (D.I. 24). Defendant Gombeh-Alie has not answered or otherwise responded to the complaint. The RETURN OF WAIVER OF SERVICE OF SUMMONS reads:

---

[1] Plaintiff Miller named Dr. Alie, individually and in her official capacity as Medical Director at DCC Smyrna, as a defendant in his complaint and amended complaint. Based on current information, Dr. Alie's full name is Dr. Sitta B. Gombeh-Alie, as reflected in the Second Amended Complaint.

      I understand that a judgment may be entered against the party on whose behalf I am acting if a response is not served and filed within **60** days after May 4, 2005.

    Accordingly, the Court should enter a default judgment against Defendant Gombeh-Alie.

Dated:  June 9, 2006　　　　　　　FISH & RICHARDSON P.C.


By:  */s/ Sean P. Hayes*
    Sean P. Hayes (I.D. No. 4413)
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    (302) 652-5070
    hayes@fr.com
*Attorney for Plaintiff*
*Julian A. Miller*

80033916.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed with the Clerk of Court **PLAINTIFF JULIAN MILLER'S MOTION FOR DEFAULT JUDGMENT AGAINST DR. SITTA B. GOMBEH-ALIE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by Registered Mail, Return Receipt Requested to Dr. Sitta B. Gombeh-Alie at the address below.

**BY EMAIL AND BY HAND**

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Dr. Sitta B. Gombeh-Alie
802 Ridge Court
Cantwell Ridge
Middletown, DE  19709

　　　　　　　　　　　　　　　　　　　*/s/ Sean P. Hayes*
　　　　　　　　　　　　　　　　　　　　Sean P. Hayes