IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>   Plaintiff,<br><br> v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>   Defendants. | C.A. No. 04-1367-KAJ |

## PROPOSED ORDER

 IT IS HEREBY ORDERED this ___ day of June, 2006, that Julian A. Miller's Motion for Leave to file a Second Amended Complaint is GRANTED.

                _____
                Honorable Kent A. Jordan

80033914.doc