

*2nd Notice*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Julian Miller

Housing Location: C Building BR2

Date of Birth: 4-12-61

SBI Number: 393626

Date Submitted: 2-16-04

Complaint (What type of problem are you having)? My arch on my feet has dropped. I cannot sleep at night for the pain and throbbing. I'm also barely making it from the building to eat chow.

Inmate Signature: Julian Miller

Date: 2-16-04

**The below area is for medical use only. Please do not write any further.**

S: You have been seen 2/16/04 on this matter. Arch supports has been ordered just takes awhile pending approval. Cont taking medication given. [signature]

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___
Scheduled for chronic care in March (beginning) [signature]

A:

P:

Note: 3-17-04 I Julian spoke to Cpt Henry regarding the medical aspect of my situation and how it was affecting the relationship with security i.e. how long it took me to get from the building to the chow hall and when I go straight up to get a tray instead of waiting behind 90 or so people, it sometimes looked at as a problem with some of the guards. She told me she couldn't do anything because it was a medical issue.

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED

# B

3rd Notice

2079

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Julian Miller
Housing Location: C BLDG - B-R2
Date of Birth: 4-12-61
SBI Number: 393626
Date Submitted: 2-22-04

Complaint (What type of problem are you having)? The medication that was issued to me for the pain in my feet does absolutely nothing. I cannot sleep at night because of the pain in my feet.

Inmate Signature: Julian Miller
Date: 2-22-04

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: You are scheduled to see Medical

Note: 4-26-04 Lt. Rider took me to medical to see why no one had responded to my
P: medical needs. There Dr. Ali and one of the assistant nurses told Lt. Rider that I was on the list to see Dr. Ali the next day. (4-27-04) Today is
E: 5-1-04 and I haven't seen her yet nor have I came up on the list.

RECEIVED FEB 23 2004

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED



DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 2044 | Grievance Date : 03/04/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| GC : Merson, Lise M | Housing Location : Bldg C, Tier B, Cell R2, Top | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Feet began to ache on the bottom around the arch. on 2/4/04 Ioama ordered arch supports and i still haven't received them and my situation is worsening every day.

Remedy Requested : I am an indigent inmate and I would like at least to try those arch supports. I'm probably going to need a special shoe or sneakers though.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES            Date Received by Medical Unit : 03/12/2004
Investigation Sent : 03/12/2004    Investigation Sent To : Kratsas, Gina
Grievance Amount :

Page 1 of 10

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 2044 | Grievance Date : 03/04/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| GC : Merson, Lise M | Housing Location :Bldg C, Tier B, Cell R2, Top | |

### INFORMAL RESOLUTION

Investigator Name : Kratsas, Gina                Date of Report 03/12/2004

Investigation Report :

Reason for Referring:

Offender's Signature: _Julian Miller_

Date : 3/25/04

Witness (Officer) : _Jerry Hastings RN, HSA_

Arch supports given to inmate on 3/22/04
Schedule F/u c̄ Dr Alie.

Inmate seen today 5/4/04
Does not qualify for medically
purchased shoes. continue arch supports
prn. see chart for full note.

Dr. Alie
5/4/04

Resolved

# D

4th Notice

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

12555

This request is for (circle one): MEDICAL **DENTAL** MENTAL HEALTH

Name (Print): Julian Miller
Date of Birth: 4-12-61
SBI Number: 393626
Housing Location: Building BR2
Date Submitted: 3-9-04

**Complaint** (What type of problem are you having?): My feet are still keeping me awake most of the night throbbing. They are swollen also. I have not received the Arch Support that Ihoma said she ordered on 2-4-04

Inmate Signature: Julian Miller
Date: 3-9-04

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: Scheduled to see Medical  P. [signature]

P:

E:

RECEIVED MAR 10 2004

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# E

Dr. Ali,

According to the grievance committee's intermediate in my case, I'm supposed to be scheduled to see you in the very near future. Teri Hastings - whom I saw 2-26-04 said she would schedule me an appointment in order to get my ~~gre~~ grievance resolved. I am writing to acquaint you with my situation. In January my feet began hurting around the arch area. Feb 4th Thoma ordered arch supports and Moltrinn. March my feet and ankles began to swell at night along with pounding or throbbing all through the night. March 22 my arch supports came but by now my arches had fallen. March 4th I filled out a grievance because I was in pain and I did feel to be getting "adequate treatment". March 25th I saw Teri Hastings in regards to my grievance. By that time my feet and legs up to my calf were swollen. They usually swell at night and recede once I was up moving around, but now they remain swollen for days at a time. The arch supports that I have do not do anything but make my feet ache after I wear them for any length of time. The thing is I received them ~~too late~~. My arch had already dropped when I got them. I gonna need either sneakers along with the supports, or corrective shoes. Also, what medicine they had ordered me for to take for pain they discontinued; but the pain d[...]

Thank you for your time
J. Mill[...]



5/3/04

Mr Miller,

We will schedule you to be evaluated by me to determine whether you are eligible to get medical shoes or not.

Dr Allie

# 164170
Julius Miller (C) B12

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| fender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| ievance # : 2919 | Grievance Date : 04/19/2004 | Category : Individual |
| atus : Unresolved | Resolution Status : | Inmate Status : |
| ievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| C : Merson, Lise M | Housing Location : Bldg C, Tier B, Cell R2, Top | |

### OFFENDER GRIEVANCE DETAILS

**scription of Complaint:** I would like to be examined to see if there's more going on with my feet then just fallen arches. I've been in pain now for 3 months. I can't sleep at night because of the pain in my feet legs and up. My calves swell when i lay on my side. I was supposed to be scheduled to see dr. alie sinfce march 25 as a result of my first grievance, but I haven't seen her yet.

**medy Requested :** I know I need corrective shoes and or sneakers. But I would also like to be checked to see what other damage has been done and why my feet and leg stay swollen.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**dical Grievance :** YES   **Date Received by Medical Unit :** 04/26/2004

**estigation Sent :** 04/26/2004   **Investigation Sent To :** Hastings, Terry L

**ievance Amount :**

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION |||
|---|---|---|
| ffender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| rievance # : 2919 | Grievance Date : 04/19/2004 | Category : Individual |
| :atus : Unresolved | Resolution Status: | Inmate Status : |
| rievance Type: Health Issue (Medical) | Incident Date : 01/27/2004 | Incident Time : 00:00 |
| ;C : Merson, Lise M | Housing Location :Bldg C, Tier B, Cell R2, Top ||

### INFORMAL RESOLUTION

vestigator Name : Hastings, Terry L          Date of Report 04/26/2004

vestigation Report :

ason for Referring:

Inmate seen by Dr Alie on 5/4/04 Started on new med. for postherpetic neuralgia (gabapentin)

Offender's Signature: _Julian Miller_

Date : 5-7-04

Witness (Officer) : _Edith Rivera, RN_

Page 2 of 2

# G

9th Notice

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

14525

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Name (Print): Julian Miller

Housing Location: C BLDG BR2

Date of Birth: 4-12-61

SBI Number: 393626

Date Submitted: 5-24-04

Complaint (What type of problem are you having)? My medication was discontinued 5-4-004 for pain and I still am in pain. I can't sleep over two hrs. without my feet throbbing. Plus my legs and feet swell up in my sleep.

Inmate Signature: Julian Miller

Date: 5-24-04

The below area is for medical use only. Please do not write any further.

S: Scheduled for mid level provider - 5/25/04

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title

RECEIVED MAY 25 2004 Date & Time

3/1/99 DE01
FORM#:
MED
263