H

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY:_____DCC_____    DATE SUBMITTED:____May 14, 2004

INMATE'S NAME: __Julian Miller_____    SBI#:__393626_____

HOUSING UNIT: __C-Bldg._____    CASE #:_____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:    Problems With My Feet

_____I have been having problems with my feet for quite a while now. I can barely walk. The_____

_____medical staff does not seem to have any answers or concern. I would like to be sent to_____

_____an "outside doctor". Would you please make this an emergency.  Thank you._____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _Julian Miller_    DATE: _5-17-04_

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC |
| Grievance # : 3461 | Grievance Date : 05/14/2004 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 05/14/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | Housing Location : Bldg C, Tier B, Cell R2, Top | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I have been having problems with my feet for quite a while now. I can barely walk. The medical staff does not seem to have any answers or concern. I would like to be sent to an outside doctor. Would you please make this an emergency. thank you.

**Remedy Requested :**

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 05/20/2004 |
| Investigation Sent : 05/20/2004 | Investigation Sent To : Hastings, Terry L |
| Grievance Amount : | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : | MILLER, JULIAN A | SBI# | : 00393626 | Institution | : DCC |
| Grievance # | : 3461 | Grievance Date | : 05/14/2004 | Category | : Individual |
| Status | : Unresolved | Resolution Status: | | Inmate Status : | |
| Grievance Type: | Health Issue (Medical) | Incident Date | : 05/14/2004 | Incident Time : | 00:00 |
| GC | : Merson, Lise M | Housing Location : | Bldg C, Tier B, Cell R2, Top | | |

### INFORMAL RESOLUTION

Investigator Name  : Hastings, Terry L                          Date of Report  05/20/2004

Investigation Report :

Reason for Referring :

Seen by Dr. Alie 5/24/04 ✱
Has been approved for orthop. shoes. Waiting for
specialist to come on site to fit to inmate.
Being moved to F-Block for short term until
shoes arrive.

Level II hearing to be scheduled.

Offender's Signature: _Julian Miller_

Date      ✱      : _7/16/04_

Witness (Officer)  : _Terry Hastings RN_

Page 2 of 2

I

8th Notice

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Julian Miller

C BLDG BR2

Name (Print)                              Housing Location

4-12-61            398626            5-17-04

Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? Supposed to start Medication as of 5-4-04 for posther petic Nauralgia but haven't started it yet! My feet still in pain and swelling.

_____          _____
Inmate Signature                              Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:____    Pulse:____    Resp:____    B/P:____    WT:____

A:    Referred to Pharmacy

P:

E:

RECEIVED
MAY 18 2004
Date & Time

_____
Provider Signature & Title

3/1/99 DE01
FORM#:
MED

J

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Julian Miller

Housing Location: C BLDG BR2

Date of Birth: 4-12-61

SBI Number: 393626

Date Submitted: 6-1-04

Complaint (What type of problem are you having)? 2 PROBLEMS. Can't sleep at night for more than 2 hours at a time for the pain and throbbing in my feet. (2) I have developed two lumps in my chest

Inmate Signature: Julian Miller

Date: 6-1-04

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: Scheduled to see Medical ___ P. ___

P:

E:

Provider Signature & Title

JUN 0 1 2004
Date & Time

3/1/99 DE01
FORM#:
MED

K

6-14-04

Thomas Carrol - Warden
1: Julian Miller 393626
Medical Complaint

r. Warden,
I wrote you a detailed letter about my serious
health problem with my arches of my feet
vd the inadequate care that the medical
aff (and in particular dr. Alie) has provided
2 me since January when it happened.
haven't got a response and its been over
month and 1/2. I was waiting to see if any
ing is going to be done on this level
ore moving to the next level. Your con-
eration will be appreciated. Thank you.

L

TO: COMMISSIONER
FROM: JULIAN MILLER 393626
RE: Medical Complaint

6-14-04

Mr. Commissioner,
I wrote you a detailed letter concerning my condition with my health and the inadequate care that the medical staff (and in particularly Dr. Alie and Nurse Ihoma) has provided for me since January when it happened. It's been over a month and 1/2 now, and I've gotten no response. I was waiting to see if anything will be done on this level before taking it to the next level. A copy has been made of this

M

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

JULIAN MILLER  D F-22
_____  _____
Name (Print)  Housing Location

4-12-61  393626  7-6-04
_____  _____  _____
Date of Birth  SBI Number  Date Submitted

Complaint (What type of problem are you having)? My FEET ARE
Pounding with PAIN So that I can't
Sleep At Night. They Also swells bad
during the day.

_Julian Miller_  7-6-04
Inmate Signature  Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A: Scheduled to see Medical, Check daily lists P. Gore

P:

E:

RECEIVED
JUL 07 2004
Date & Time

Provider Signature & Title

3/1/99 DE01
FORM#:
MED
263

N

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one):** (MEDICAL) DENTAL MENTAL HEALTH

Julian Miller ✓     D BLDG F-22
_____     _____
Name (Print)              Housing Location

4-17-61     393626     8-8-04
_____    _____    _____
Date of Birth          SBI Number         Date Submitted

Complaint (What type of problem are you having)? I would like to be examined by a foot specialist, I'm getting sharp pains in my feet at different times throughout the day and night.

Julian Miller         8-8-04
_____      _____
Inmate Signature            Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A: Scheduled to see Medical

P:

E:

_____
Provider Signature & Title

RECEIVED
AUG 1 0 2004
Date & Time

3/1/99 DE01
FORM#:
MED
263



FORM #585

**MEDICAL GRIEVANCE**

FACILITY: DCC SMYRNA

INMATE'S NAME: Julian Miller

HOUSING UNIT: D-East   F-22

DATE SUBMITTED: 9-6-04

SBI#: 393626

CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

My arches in my feet began falling in Jan. 2004. This is Sept 6th 2004, and my feet hasn't even been examined as of yet, although I've made continous and ongoing complaints about the pain and progression of this ailment. I've also requested to be seen by a foot specialist or to be sent to an outside doctor on at least 3 occasions that I have record of. I have begun to lose feeling in my toes at certain times plus I haven't been able to sleep, exercise or walk properly since Jan 2004. This ignoring of my situation demonstrates "deliberate indifference" and makes a "serious" situation "very serious"...

GRIEVANT'S SIGNATURE: Julian Miller          DATE: 9-6-04

ACTION REQUESTED BY GRIEVANT: That some size 13 sneakers be ordered to replace these boots that I currently have because they aggravate my feet and I'd like to be examined by a foot specialist as I've requested before to determine what else is necessary...

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

<u>SECTION #2</u>

IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND , IN WRITTING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.

RESPONSE BY M.G.C.: _____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT:_____ GRIEVANT SIGNATURE:_____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES) _____(NO)

================================================================================

<u>SECTION #3</u>

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____ DATE:_____

**ORIGINAL: INSTITUTION FILE**                                    **COPY: GRIEVANT**

P

To: Thomas Carroll - Warden                    9-7-04
From: Julian Miller
Re: Inadequate Medical Treatment          Third Notice
    Constitutional Rights Violation

Mr. Warden,

    Respectfully I'm writing you for the third and final time before I'm forced to take this issue before the U.S. District Court for Relief from this cruel and unusual punishment guarenteed by the Eighth Amendment to the U.S. Constitution. I want to make sure that it is "perfectly clear" what's going on here. My situation is this: My arches in my feet fell in Jan 2004. This is Sept 8th 2004, and my feet haven't even been visually examined as of yet, despite the fact that I've made constant and ongoing complaints about the pain and swelling. I have also detailed the progression of my situation and requested to bee seen by a specialist or to be sent to an outside doctor on 3 occasions. I have records of these requests. RN Thoma made it very clear that their "money saving" policy is that they do not issue sneakers or corrective shoes anymore. Dr. Alie told me (without examining my feet) that I did not qualify for medically purchased shoes and then put it in writing. I haven't been able to exercise, sleep or walk properly since Jan and thier ignoring of my complaints of pain and lack of treatment demonstrates "deliberate indifference" and has caused a very serious situation. I've begun to lose feeling in my toes from time to time along with the pain and swelling.

You have the power and legal duty to intervene in this matter - for I have gone far too long and I've been very patient for nothing to have been done. This could have been avoided by ordering me a $40.00 pair of sneakers with supports or even a $200.00 pair of orthopedic shoes. Now I may have to have surgery and there's also the issue of liability. I would appreciate you act in this matter. This is a copy of the original in case I don't receive a response once again.

Thank you for your time
Respectfully

Julian Miller
393626