

9-9-04

To: Stanley Taylor - Commissioner
From: Julian Miller
Re: Inadequate Medical Treatment
Constitutional Rights Violation

Third Notice

Mr. Commissioner,

Respectfully I'm writing you for the third and final time before I am forced to take this issue before the U.S. District Court for relief from this cruel and unusual punishment proscribed by the Eighth Amendment to the U.S. Constitution. I want to make sure that it is "perfectly clear" what's going on here. My situation is this: my arches in my feet fell in Jan 2004. It is now Sept 9th 2004 and my feet have not been visually examined to date, despite the continous and ongoing complaints I've made via sick-call slips and grievances about the pain, swelling and progression of this ailment. I've also requested to be seen by a specialist or to be sent to an outside doctor on numerous occasions of which I have records. RN Thoma made it very clear to me in Jan when I initially went to see her, that DCC was under a "money saving" policy and she directed my attention to a memo ~~singed~~ signed by Dr. Alie stating that "they do not issue medically purchased sneakers or corrective shoes anymore. Dr. Alie told me (without examining my feet) that I did not qualify for medically purchased sneakers even though I could barely walk into her office. It got so bad that it became a security problem i.e. Lt. Dixon, Lt. Satterfield, Lt. Sekoy all questioned me ~~as~~ to

why it was taking me so long to get to ~~my~~ the mess halls from my housing unit. Lt. Ryder ~~[illegible]~~ even escorted me over to medical on an emergency visit to inquire why two months had passed and nothing had been done for me. He spoke to Dr. Alie personally who told him I was on the list to see her the next day - but it was a month later before I seen her. I say that to say it had became so obvious that even a person with no medical background could see I needed a doctors attention. I haven't been able to walk, exercise or sleep proper since Jan and it appears that the medical staff is deliberately ignoring my complaints of pain and their lack of treatment has caused a very serious situation. I've begun to lose feeling in my toes from time to time along with the pain and swelling. Mr. Taylor you have the power and legal duty to intervene in this matter - I've gone far too long without treatment. This could have been avoided by them ordering me a $40.00 pair of sneakers with support or even a $200.00 pair of orthopedic shoes. Now I may have to have surgery. I would appreciate you acting in this matter. This is a copy of an original Notice. Thank you for your time, J.A. Miller


R

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/14/2004

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

fender Name : MILLER, JULIAN A | SBI# : 00393626 | Institution : DCC
ievance # : 6818 | Grievance Date : 09/06/2004 | Category : Individual
atus : Unresolved | Resolution Status: | Inmate Status :
ievance Type: Health Issue (Medical) | Incident Date : 09/06/2004 | Incident Time :
C : Merson, Lise M | Housing Location :Bldg D-EAST, Tier F, Cell 22, Bottom

## INFORMAL RESOLUTION

/estigator Name : Hastings, Terry L

Date of Report 09/14/2004

/estigation Report :

ason for Referring:

D. Alie has denied
Take to Level II

)ffender's Signature: ______________________

)ate : 9/21/04

Vitness (Officer) : Terry Hastings RN

S

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/26/2005

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** MILLER, JULIAN A | **SBI# :** 00393626 | **Institution :** DCC | |
| **Grievance # :** 6816 | **Grievance Date :** 09/06/2004 | **Category :** Individual | |
| **Status :** Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 09/06/2004 | **Incident Time :** | |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom | | |

## IGC

**Medical Provider:**

**Date Assigned**

**Comments:**

☑ Forward to MGC

☐ Warden Notified

☐ Forward to RGC

**Date Forwarded to RGC/MGC :** 10/12/2004

☐ Offender Signature Captured

**Date Offender Signed :**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/26/2005

# GRIEVANCE INFORMATION (MGC)

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** MILLER, JULIAN A
**SBI# :** 00393626
**Institution :** DCC
**Grievance # :** 6816
**Grievance Date :** 09/06/2004
**Category :** Individual
**Status :** Resolved
**Resolution Status:** Level 3
**Inmate Status :**
**Grievance Type:** Health Issue (Medical)
**Incident Date :** 09/06/2004
**Incident Time :**
**IGC :** Merson, Lise M
**Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom

## MGC

**Date Received :** 10/12/2004
**Date of Recommendation:** 10/19/2004

## GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Reeve, Diane | Deny |
| Staff | | Breton, Monique | Deny |
| Staff | | Dunn, Lee Anne | Deny |
| Staff | | Merson, Lise M | Abstain |

## VOTE COUNT

**Uphold :** 0 **Deny :** 3 **Abstain :** 1

## TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

## RECOMMENDATION

Denied
Recommend an appointment with Dr. Alie
Appeal form given with instructions.

# T

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/26/2005

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** MILLER, JULIAN A  **SBI#** : 00393626  **Institution** : DCC
**Grievance #** : 6816  **Grievance Date** : 09/06/2004  **Category** : Individual
**Status** : Resolved  **Resolution Status :** Level 3  **Inmate Status :**
**Grievance Type:** Health Issue (Medical)  **Incident Date** : 09/06/2004  **Incident Time :**
**IGC** : Merson, Lise M  **Housing Location :** Bldg D-EAST, Tier F, Cell 22, Bottom

## REFERRED TO

**Due Date :**  **Referred to:**  **Name:**

**Type of Information Requested :**

## DECISION

**Date Received :** 10/26/2004

**Decision Date :** 11/16/2004  **Vote :** Uphold

**Comments** :

I recommend that FCM immediately authorize an outside consult with a foot specialist to address the Grievant's condition, which their treatment protocol has been unable to solve.

# U

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/26/2005

# GRIEVANCE INFORMATION - Bureau Chief

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | MILLER, JULIAN A | **SBI# :** | 00393626 | **Institution :** | DCC |
| **Grievance # :** | 6816 | **Grievance Date :** | 09/06/2004 | **Category :** | Individual |
| **Status :** | Resolved | **Resolution Status :** | Level 3 | **Inmate Status :** | |
| **Grievance Type:** | Health Issue (Medical) | **Incident Date :** | 09/06/2004 | **Incident Time :** | |
| **IGC :** | Merson, Lise M | **Housing Location :** | Bldg D-EAST, Tier F, Cell 22, Bottom | | |

## DECISION

**Decision Date:** 01/03/2005 **Vote :** Uphold

**Comments :**

I concur with the recommendation of the BGO.

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

January 3, 2005

Inmate MILLER JULIAN A
SBI # 00393626
DCC Delaware Correctional Center
SMYRNA DE, 19977

Dear JULIAN MILLER:

We have reviewed your Grievance Case # 6816 dated 09/06/2004.

Based upon the documentation presented for our review, we uphold your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief



U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF Julian A. Miller | COURT CASE NUMBER 04-1367 (KAJ) |
| DEFENDANT Dr. Alie | TYPE OF PROCESS Order / Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Alie Medical Director

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
DCC 1181 paddock Road Smyrna,Del 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Julian A. Miller
393626 D-East F22
1181 Paddock Road
Smyrna, Delaware 19977

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

PAUPER CASE

2005 JUL 27

Signature of Attorney or other Originator requesting service on behalf of: Julian A. Miller
XX PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE 3-3-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | BF | 5-31 |

I hereby certify and return that I ☐ have personally served, X have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service | Time

Signature of U.S. Marshal or Deputy: BF

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Waiver returned

Ums Copy

## RETURN OF WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of the request that I can waive service of summons in the matter of C.A. No.04-1367 in the United States District of Delaware. I have also received a copy of the complaint in the action, two copies of this form, a copy of the Order of the Court authorizing service and a means by which I can return the signed waiver without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4. I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against the party on whose behalf I am acting if a response is not served and filed within **60** days after: May 4, 2005.

Date: 6/23/05

S B Alie, MD — SITTA B. ALIE, MD
Signature of Defendant — Printed or Typed Name

## DUTY TO AVOID UNNECESSARY COST OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary cost of service of the summons and the complaint. **A defendant located in the United States, who, after being notified of an action and asked to waive service of summons on behalf of a plaintiff located in the US, fails to do so will be required to bear the cost of such service unless good cause be shown for that defendant's failure to sign and return the waiver.**

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over defendant's person or property. A defendant who waives service of summons retains all defenses and objections, except any relating to the summons or the service of summons, and may later object to the jurisdiction of the Court or to the place to where the action has been brought.

A defendant who waives service must within the time specified on the "Return of Waiver" form served on plaintiff, if unrepresented or on plaintiff's attorney, a response to the Complaint and must also file a signed copy of the response with the Court. If the answer or a motion is not served within this time, a default judgement may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Julian A. Miller

COURT CASE NUMBER: 04-1367 KAJ

DEFENDANT: Stanley Taylor, ; Commissioner

TYPE OF PROCESS: Order/Complaint

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Stanley Taylor , ; DOC Commissioner

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 245 McKee Road Dover, Delaware 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Julian A. Miller
393626 D-East F22
1181 paddock Road
Smyrna, Delaware 19977

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 5

Check for service on U.S.A.

2005 MAY 5 ... 9:20 ... U.S. DISTRICT COURT DISTRICT OF DELAWARE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

PAUPER CASE

Signature of Attorney or other Originator requesting service on behalf of: Julian A. Miller

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER:

DATE: 3-3-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | DF | 5-3-05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 5/12/05 Time: am pm

Signature of U.S. Marshal or Deputy: DF

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Waiver returned

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

usms copy

## RETURN OF WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of the request that I can waive service of summons in the matter of C.A. No.04-1367 in the United States District of Delaware. I have also received a copy of the complaint in the action, two copies of this form, a copy of the Order of the Court authorizing service and a means by which I can return the signed waiver without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4. I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against the party on whose behalf I am acting if a response is not served and filed within 60 days after: May 4, 2005.

Date: 5/12/05

[signature] Stan Taylor

Signature of Defendant Printed or Typed Name

## DUTY TO AVOID UNNECESSARY COST OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary cost of service of the summons and the complaint. **A defendant located in the United States, who, after being notified of an action and asked to waive service of summons on behalf of a plaintiff located in the US, fails to do so will be required to bear the cost of such service unless good cause be shown for that defendant's failure to sign and return the waiver.**

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over defendant's person or property. A defendant who waives service of summons retains all defenses and objections, except any relating to the summons or the service of summons, and may later object to the jurisdiction of the Court or to the place to where the action has been brought.

A defendant who waives service must within the time specified on the "Return of Waiver" form served on plaintiff, if unrepresented or on plaintiff's attorney, a response to the Complaint and must also file a signed copy of the response with the Court. If the answer or a motion is not served within this time, a default judgement may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Julian A. Miller

COURT CASE NUMBER: 04-1367 KAJ

DEFENDANT: Thomas Carroll

TYPE OF PROCESS: Order / Complaint

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Thomas Carroll,; DCC Warden

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: DCC 1181 Paddock Road Smyrna, Del 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Julian A. Miller
393626 D-East F22
1181 Paddock Road
Smyrna, Delaware 19977

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 5

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

PAUPER CASE

JP
SCAN

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2005 MAY 13 AM 10:22

Fold

Signature of Attorney or other Originator requesting service on behalf of: Julian A. Miller — XX PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER:

DATE: 3-3-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | BF | 5-3-05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 5/9/05

Time: am pm

Signature of U.S. Marshal or Deputy: BF

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Waiver returned

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

D.A.'s Copy

## RETURN OF WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of the request that I can waive service of summons in the matter of C.A. No.04-1367 in the United States District of Delaware. I have also received a copy of the complaint in the action, two copies of this form, a copy of the Order of the Court authorizing service and a means by which I can return the signed waiver without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4. I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against the party on whose behalf I am acting if a response is not served and filed within 60 days after: May 4, 2005.

Date: 5/9/05

Thomas L Carroll  Thomas L. Carroll

Signature of Defendant  Printed or Typed Name

## DUTY TO AVOID UNNECESSARY COST OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary cost of service of the summons and the complaint. **A defendant located in the United States, who, after being notified of an action and asked to waive service of summons on behalf of a plaintiff located in the US, fails to do so will be required to bear the cost of such service unless good cause be shown for that defendant's failure to sign and return the waiver.**

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over defendant's person or property. A defendant who waives service of summons retains all defenses and objections, except any relating to the summons or the service of summons, and may later object to the jurisdiction of the Court or to the place to where the action has been brought.

A defendant who waives service must within the time specified on the "Return of Waiver" form served on plaintiff, if unrepresented or on plaintiff's attorney, a response to the Complaint and must also file a signed copy of the response with the Court. If the answer or a motion is not served within this time, a default judgement may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed with the Clerk of Court **Declaration of Plaintiff Julian Miller in Opposition to State Defendants' Joint Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and in Support of his Motion for Leave to File A Second Amended Complaint** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by Registered Mail, Return Receipt Requested to Dr. Sitta B. Gombeh-Alie at the address below.

**BY EMAIL AND BY HAND**

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Dr. Sitta B. Gombeh-Alie
802 Ridge Court
Cantwell Ridge
Middletown, DE 19709

*/s/ Sean P. Hayes*
Sean P. Hayes