IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>        Defendants. | C.A. No. 04-1367-KAJ |

**PLAINTIFF JULIAN MILLER'S MOTION
TO EXTEND THE TIME TO FILE AN AFFIDAVIT OF MERIT**

      Plaintiff Julian A. Miller (hereinafter referred to as "Plaintiff Miller"), pursuant to 18 Del. C. § 6853, hereby moves for a 60 day extension to file an affidavit of merit with respect to the medical negligence claim in the proposed second amended complaint. Counsel for Plaintiff Miller has been and continues to attempt to retrieve Plantiff Miller's medical records from the DCC and to schedule an examination with an expert witness. Accordingly, the Court should grant Plaintiff Miller's motion.

Dated: June 9, 2006                FISH & RICHARDSON P.C.


                                   By: /s/ Sean P. Hayes
                                       Sean P. Hayes (I.D. No. 4413)
                                       Fish & Richardson P.C.
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE 19899-1114
                                       (302) 652-5070
                                       hayes@fr.com
                                   *Attorney for Plaintiff*
                                   *Julian A. Miller*

80033918.doc

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I electronically filed with the Clerk of Court **PLAINTIFF JULIAN MILLER'S MOTION TO EXTEND THE TIME TO FILE AN AFFIDAVIT OF MERIT** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by Registered Mail, Return Receipt Requested to Dr. Sitta B. Gombeh-Alie at the address below.

**BY EMAIL AND BY HAND**

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Dr. Sitta B. Gombeh-Alie
802 Ridge Court
Cantwell Ridge
Middletown, DE  19709

            */s/ Sean P. Hayes*
              Sean P. Hayes