IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>   Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>   Defendants. | C.A. No. 04-1367-KAJ |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between counsel for the parties and subject to approval of the Court that the time by which Stanley Taylor and Thomas Carroll shall reply to Plaintiff's Opposition to State Defendants' Joint Motion to Dismiss Pursuant to Rules 12(B)(1) and 12(B)(6) of the Federal Rules of Civil Procedure, and respond to Plaintiff's Motion for Leave to File an Amended Complaint, Motion for Default Judgment against Dr. Alie, and Motion to Extend Time to File an Affidavit of Merit is hereby extended to and including June 30, 2006.

| FISH & RICHARDSON P.C. | DEPARTMENT OF JUSTICE STATE OF DELAWARE |
|---|---|
| /s/ Sean Paul Hayes | /s/ Aaron R. Goldstein |
| Sean Paul Hayes (I.D. No. 4413)<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br>hayes@fr.com | Aaron R. Goldstein (I.D. No. 3735)<br>Department of Justice<br>820 N. French Street<br>6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>aaron.goldstein@state.de.us |
| *Attorney for Plaintiff*<br>*Julian A. Miller* | *Attorney for Defendants*<br>*Stanley Taylor and Thomas Carroll* |

Dated: June 12, 2006

**SO ORDERED** this _____ day of June, 2006.

_____
The Honorable Kent A. Jordan

2