IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>   Plaintiff,<br><br> v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>   Defendants. | C.A. No. 04-1367-KAJ |

## RULE 7.1.1 CERTIFICATE

  The undersigned certifies that counsel for plaintiff has made reasonable efforts to reach agreement with counsel for Defendants Stanley Taylor and Thomas Carroll on the matter of Plaintiff Julian Miller's Motion for Leave to File a Second Amended Complaint. (D.I. 39). Defendant Dr. Sitta B. Gombeh-Alie did not respond to the original Complaint. There is no counsel of record for Defendant Dr. Sitta B. Gombeh-Alie. Plaintiff has no contact information for her other than a home mailing address. Accordingly, no agreement has been reached with Defendant Dr. Sitta B. Gombeh-Alie.

Dated: June12, 2006                     FISH & RICHARDSON P.C.


By: */s/ Sean P. Hayes*
  Sean P. Hayes (I.D. No. 4413)
  Fish & Richardson P.C.
  919 N. Market Street, Suite 1100
  P.O. Box 1114
  Wilmington, DE 19899-1114
  (302) 652-5070
  hayes@fr.com
*Attorney for Plaintiff*
*Julian A. Miller*

80034020.doc

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed with the Clerk of Court **RULE 7.1.1 CERTIFICATE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by Federal Express to Dr. Sitta B. Gombeh-Alie at the addresses below.

BY EMAIL AND BY HAND

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

**BY FEDERAL EXPRESS**

Dr. Sitta B. Gombeh-Alie
802 Ridge Court
Cantwell Ridge
Middletown, DE  19709

                                                   */s/ Sean P. Hayes*
                                                    Sean P. Hayes