# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ELECTRONIC FILING**

June 16, 2006

Dr. Peter T. Dalleo, Clerk
United States District Court
  For the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Julian A. Miller v. Stanley Taylor, et al.
      D. Del. - C.A. No. 04-1367 (KAJ)

Dear  Dr. Dalleo:

On June 9, 2006, I filed various documents on behalf of plaintiff Julian A. Miller. The filings include: a motion for leave to file an amended complaint (D.I. 39); a motion to extend time to file an affidavit of merit (D.I. 42); a motion for default judgment against Dr. Sitta B. Gombeh-Alie (D.I. 38); a memorandum in opposition to the State Defendants' motion to dismiss and in support of the motion for leave to amend the complaint (D.I. 40); and Declaration in support of the memorandum (D.I. 41).

All of these documents contained a Certificate of Service showing service on Dr. Sitta B. Gombeh-Alie by registered mail, returned receipt requested.  These documents were, however, served by Federal Express.  An Amended Certificate of Service for these documents is attached hereto as Exhibit A.

Very truly yours,

*/s/ Sean P. Hayes*

Sean P. Hayes

SPH/jrm

Attachment


cc:   Aaron Goldstein, Esquire (via email)
      Dr. Sitta B. Gombeh-Alie (via Federal Express)