**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, I electronically filed with the Clerk of Court the documents set forth herein using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by Federal Express to Dr. Sitta B. Gombeh-Alie at the addresses below.

| | |
|---|---|
| Plaintiff Julian Miller's Motion For Default Judgment Against Dr. Sitta B. Gombeh-Alie | D.I. 38 |
| Plaintiff Julian Miller's Motion For Leave To File A Second Amended Complaint | D.I. 39 |
| Plaintiff Julian Miller's Memorandum In Opposition To State Defendants' Joint Motion To Dismiss Pursuant To Rules 12(B)(1) And 12(B)(6) Of The Federal Rules Of Civil Procedure And In Support Of His Motion For LeaveTo File A Second Amended Complaint | D.I. 40 |
| Declaration Of Plaintiff Julian Miller In Opposition To State Defendants' Joint Motion To Dismiss Pursuant To Rules 12(B)(1) And 12(B)(6) Of The Federal Rules Of Civil Procedure And In Support Of His Motion For Leave To File A Second Amended Complaint | D.I. 41 |
| Plaintiff Julian Miller's Motion To Extend The Time To File An Affidavit Of Merit | D.I. 42 |

**BY EMAIL AND BY HAND**

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*


**BY FEDERAL EXPRESS**

Dr. Sitta B. Gombeh-Alie
802 Ridge Court
Cantwell Ridge
Middletown, DE  19709

                                                */s/ Sean P. Hayes*
                                                  Sean P. Hayes