


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

June 20, 2006

*VIA CM/ECF*

The Honorable Kent A. Jordan
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lock Box 10
Wilmington, DE 19801

    Re:    Julian A. Miller v. Taylor, et al.;
             C.A. No. 04-1367-KAJ

Dear Judge Jordan:

    This letter is to inform this Honorable Court and counsel for the Plaintiff, that the State Defendants, Commissioner Stanley Taylor and Warden Thomas Carroll waive their rights to file a Reply Brief in relation to their currently pending Motion to Dismiss (D.I. # 22). Accordingly, briefing on the issues raised therein is now completed.

    Additionally, the State Defendants do not oppose Plaintiff's Motion for Leave to Amend the Complaint (D.I. # 39), Motion for Default Judgment Against Dr. Alie (D.I. # 38), and Motion for Extension of Time to File an Affidavit of Merit (D.I. # 42). Similarly, the State Defendants waive their rights to file opposition to these motions.

The Hon. Kent A. Jordan
June 20, 2006
Page 2

   Counsel for State Defendants stands ready to address any remaining matters at the call of this Honorable Court.

                   Respectfully Submitted,

                   /s/ Aaron R. Goldstein
                   Aaron R. Goldstein
                   Deputy Attorney General

CC: Sean P. Hayes, Esquire (via e-filing)