LAW OFFICES

# McCULLOUGH & McKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA)<br>DANIEL L. MCKENTY (DE)<br>GERALD J. HAGER (DE, PA)<br>DANA SPRING MONZO (DE, PA) | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397 | PENNSYLVANIA OFFICE<br>123 S. Broad STREET<br>Suite 2035<br>Philadelphia, PA 19109 |
| PARALEGALS<br>  JUSTINA K. BAYLESS<br>  CANDACE E. HOLMES<br>  LAURA B. SPENCE<br>  MARY S. MOONEY | TEL: (302) 655-6749<br>FAX: (302) 655-6827 | **Writer's Direct Contact**<br>Telephone Extension: 31<br>dmonzo@mccmck.com<br>www.mccmck.com |

July 11, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street, Lock Box 10
Wilmington, DE 19801

    **RE:**    **Julian Miller v. Taylor**
              **C.A. No. 04-1367**

Dear Judge Jordan:

      Yesterday, the aforementioned case was brought to my attention by counsel for the State, Aaron Goldstein, Esquire. I spoke with counsel for the plaintiff, Sean Hayes, Esquire, regarding the pending default judgment against Dr. Alie. Mr. Hayes has agreed to grant Dr. Alie a 30-day extension to answer or otherwise plead in this action. Additionally, the 30-day extension will give me the opportunity to contact my client and respond to the allegations in the Complaint. Upon confirmation of my retention by my client, I will be entering a Notice of Appearance and actively defending this case.

      Please do not hesitate to contact me should you have any questions or concerns on anything contained herein. I remain,

                        Respectfully yours,

                        /s/ Dana Spring Monzo
                        Dana Spring Monzo, Del. Bar # 4605

DSM:ceh
H:\FILES\DAN\Miller v. Taylor\Jurden1 - extension.wpd