IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>              Plaintiff,<br><br>    v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>              Defendants. | C.A. No. 04-1367-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 8, 2006, true and correct copies of

**PLAINTIFF JULIAN MILLER'S FIRST SET OF DOCUMENT REQUESTS TO DEFENDANTS STANLEY TAYLOR AND THOMAS CARROLL (NOS. 1 – 13)**

were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

BY EMAIL AND BY HAND

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

BY EMAIL AND BY HAND

Dana Spring Monzo (I.D. No. 4605)
1225 N. King Street
Suite 1100
Wilmington, DE 19899-0397
302-655-6749
dmonzo@mccmck.com

*Attorney for Defendant*
*Dr. Sitta B. Gombeh-Alie*

Dated: August 8, 2006           FISH & RICHARDSON P.C.


                                By:  */s/ Sean P. Hayes*
                                     Sean P. Hayes (I.D. No. 4413)
                                     Fish & Richardson P.C.
                                     919 N. Market Street, Suite 1100
                                     P.O. Box 1114
                                     Wilmington, DE 19899-1114
                                     (302) 652-5070
                                     hayes@fr.com

                                *Attorney for Plaintiff*
                                *Julian A. Miller*


80035811.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006, I electronically filed with the Clerk of Court this NOTICE OF SERVICE using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel at the addresses below. In addition, copies were hand delivered at the addresses indicated.

**BY EMAIL AND BY HAND**

Aaron R. Goldstein (I.D. No. 3735)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

**BY EMAIL AND BY HAND**

Dana Spring Monzo (I.D. No. 4605)
1225 N. King Street
Suite 1100
Wilmington, DE 19899-0397
302-655-6749
dmonzo@mccmck.com

*Attorney for Defendant*
*Dr. Sitta B. Gombeh-Alie*

                                              */s/ Sean P. Hayes*
                                                Sean P. Hayes