# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN MILLER, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   C.A. No. 04-1367-KAJ |
| v. | ) |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
|     Defendants. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Stephani J. Ballard hereby enters her appearance on behalf of Defendants Stanley Taylor and Thomas Carroll in place of Deputy Attorney General Aaron R. Goldstein.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| | |
| /s/Stephani J. Ballard<br>Stephani J. Ballard<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 | /s/ Aaron R. Goldstein<br>Aaron R. Goldstein<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 |

Dated: August 29, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Sean P. Hayes, Esq. | Dana Spring Monzo, Esq. |
| Fish & Richardson, P.C. | McCullough & McKenty, P.A. |
| 919 North Market Street, Ste. 1100 | 1225 N. King Street, Suite 1100 |
| P.O. Box 1114 | P.O. Box 397 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-0397 |

/s/ Stephani J. Ballard
Stephani J. Ballard
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400