

# STATE OF DELAWARE
## DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

August 29, 2006

Civil Division-New Castle County

Sean P. Hayes, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

    Re:   *Miller v. Taylor, et. al.*
            C.A. No. 04-1367 KAJ

Dear Mr. Hayes:

    This letter will confirm our phone conversation in which you agreed to grant the State Defendants an extension of time, until September 30, 2006 (October 2, 2006, since this date falls on a Saturday), to respond to the second amended complaint recently filed in the above matter. Thank you for your courtesy in this regard.

    Please feel free to contact me if you should have any questions.

Very truly yours,

Stephani J. Ballard
Deputy Attorney General

cc: Clerk of the Court
    Dana Spring Monzo, Esquire