IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Julian A. Miller<br><br>      Plaintiff,<br><br>  v.<br><br>Stanley Taylor, individually; Thomas Carroll, individually; Dr. Sitta B. Gombeh-Alie, individually and in her official capacity as medical director at the Delaware Correctional Center at Smyrna; Registered Nurse Ihoma, individually and in her capacity as a registered nurse at the Delaware Correctional Center at Smyrna; and First Correctional Medical,<br><br>      Defendants. | Civil Action No. 04-1367 (KAJ)<br><br>Demand For Jury Trial |

## PLAINTIFF JULIAN MILLER'S OPPOSITION TO DR. ALIE'S MOTION FOR RELIEF FROM DEFAULT JUDGMENT

Plaintiff Julian A. Miller (hereinafter referred to as "Plaintiff Miller") hereby opposes Defendant Dr. Alie's motion for relief from default judgment. Plaintiff Miller granted Dr. Alie an extension of time until August 25, 2006 to answer the complaint. As of September 11, 2006, however, Defendant Dr. Alie still has not answered the complaint. Accordingly, Plaintiff Miller opposes Defendant Dr. Alie's motion for relief from default judgment, and requests default judgment be entered against Defendant Dr. Alie.

Dated:  September 11, 2006	FISH & RICHARDSON P.C.


By: */s/ Sean P. Hayes*
    Sean P. Hayes (#4413)
    *hayes@fr.com*
    919 N. Market Street, Suite 1100
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070

Attorney for Plaintiff
Julian A. Miller

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2006, I electronically filed with the Clerk of Court **PLAINTIFF JULIAN MILLER'S MOTION IN OPPOSITION TO DR. ALIE'S MOTION FOR RELIEF FROM DEFAULT JUDGMENT** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by the methods provided below.

**BY EMAIL AND BY HAND**

Stephani J. Ballard (I.D. No. 3481)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*


Dana Spring Monzo (I.D. No. 4605)
McCullough & McKenty, P.A.
1225 N. King Street
Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
302-655-6749

*Attorney for Defendant Dr. Alie*


                                          */s/ Sean P. Hayes*
                                            Sean P. Hayes

80036742.doc