IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Julian A. Miller<br><br>       Plaintiff,<br><br>  v.<br><br>Stanley Taylor, individually; Thomas Carroll, individually; Dr. Sitta B. Gombeh-Alie, individually and in her official capacity as medical director at the Delaware Correctional Center at Smyrna; Registered Nurse Ihoma, individually and in her capacity as a registered nurse at the Delaware Correctional Center at Smyrna; and First Correctional Medical,<br><br>      Defendants. | Civil Action No. 04-1367 (KAJ)<br><br><br>Demand For Jury Trial |

## <u>ORDER</u>

Having reviewed plaintiff Julian A. Miller's Opposition to Dr. Alie's Motion for Relief From Default Judgment filed in this action, and the fact that despite plaintiff's extension of time until August 25, 2006 for defendant Dr. Alie to answer the complaint, Dr. Alie has not responded to the Complaint,

IT IS SO ORDERED that Plaintiff's Opposition to Dr. Alie's Motion for Relief From Default Judgment is GRANTED, and default judgment against Dr. Sitta B. Gombeh-Alie is hereby entered .

SO ORDERED this _____ day of September, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

80036748.doc