UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER ) | |
| ) | C.A. No. 04-1367 |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, ET. AL ) | |
| ) | |
| Defendants, ) | |

**DEFENDANT ALIE'S REPLY IN SUPPORT OF HER MOTION FOR RELIEF FROM DEFAULT JUDGMENT**

1.  Plaintiff granted Defendant Alie an extension to answer the complaint until August 25, 2006.

2.  On August 24, 2006, this Court granted Plaintiff's Default Judgment motion against Defendant Alie.

3.  On August 24, 2006, counsel for Defendant Alie spoke with plaintiff's counsel regarding a Motion to Vacate Default Judgment. During that telephone conversation, plaintiff's counsel stated he would not oppose such a motion.

4.  On August 24, 2006, Defendant Alie filed a Motion for Relief From Default Judgment.

5.  As the Court's decision regarding the vacation of default judgment is still pending, Defendant Alie did not file an answer. However, for the ease of all parties, Defendant Alie has attached a proposed answer which would be filed, should the default judgment against her be lifted

1

by this Court. Proposed Answer attached as "Exhibit 1."

6.     For the above mentioned reasons, Defendant Alie respectfully requests that the default judgment against her be lifted and that the Court enter an order granting her Motion for Relief from Default Judgment.

                                    **McCULLOUGH & McKENTY, P.A.**

                                    /s/ Dana Spring Monzo
                                    Daniel L. McKenty, Del. Bar No. 2689
                                    Dana Spring Monzo, Del. Bar No. 4605
                                    1225 N. King Street, Suite 1100
                                    P.O. Box 397
                                    Wilmington, DE 19899-0397
                                    (302) 655-6749
                                    Attorneys for Defendant Dr. Alie

September 18, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER ) | |
| ) | C.A. No. 04-1367 |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, ET. AL ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 18th day of September, 2006, a copy of the attached *Defendant Alie's Reply in Support of Her Motion for Relief from Default Judgment* was sent to the following via electronic notification:

Sean P. Hayes, Esquire
Fish & Richardson, P.C.
919 North Market Street, Ste 1100
P.O. Box 1114
Wilmington, DE 19899-1114


**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant Dr. Alie

September 18, 2006