# Exhibit D

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; IHUOMA CHUKS, individually and in her official capacity as a Nurse at DCC Smyrna; and First Correctional Medical,<br><br>        Defendants | C.A. No. 04-1367-KAJ |

**PROPOSED ORDER**

      IT IS HEREBY ORDERED this ___ day of September, 2006, that Julian A. Miller's Motion for Leave to file a Third Amended Complaint is GRANTED.

                                                                                               Honorable Kent A. Jordan

80036995.doc