UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JULIAN A. MILLER | ) | |
| | ) | C.A. No. 04-1367 |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

**ENTRY OF APPEARANCE**

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendant Ihuoma Chuks in the above-referenced action.

This entry of appearance in no way waives any defenses defendants may have with respect to jurisdiction, venue, process, or service of process.

        **McCULLOUGH & McKENTY, P.A.**

        /s/ Dana Spring Monzo
        Daniel L. McKenty, Del. Bar No. 2689
        Dana Spring Monzo, Del. Bar No. 4605
        1225 N. King Street, Suite 1100
        P.O. Box 397
        Wilmington, DE 19899-0397
        (302) 655-6749
        Attorneys for Defendant Ihuoma Chuks

September 19, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JULIAN A. MILLER | ) | |
| | ) | C.A. No. 04-1367 |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that on this date, a copy of the attached *Entry of Appearance* was sent to the following via electronic notification:

Stephani J. Ballard, Esquire
820 N. French Street, 8th Floor
Wilmington, DE 19801

Sean P. Hayes, Esquire
Fish & Richardson, P.C.
919 North Market Street, Ste 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendant Ihuoma Chuks

September 19, 2006