IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JULIAN A. MILLER | ) | |
| | ) | C.A. No. 04-1367 |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, ET. AL | ) | |
| | ) | |
| Defendants, | ) | |

**DEFENDANT IHUOMA CHUKS' RESPONSE IN OPPOSITION TO PLAINTIFF JULIAN MILLER'S MOTION FOR LEAVE TO FILE A THIRD AMENDED <u>COMPLAINT</u>**

For the reasons stated in defendant Chuks' Motion to Dismiss, defendant Chuks opposes plaintiff's Motion for Leave to File a Third Amended Complaint.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty Del. Bar # 2689
Dana Spring Monzo Del. Bar # 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for defendant Ihuoma Chuks

Dated: September 19, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER ) | |
| ) | C.A. No. 04-1367 |
| ) | |
| ) | JURY OF 12 DEMANDED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, ET. AL ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

I, Dana Spring Monzo, do hereby certify that on this date a copy of *Defendant Ihuoma Chuks' Response in Opposition to Plaintiff Julian Miller's Motion for Leave to File a Third Amended Complaint* was served electronically upon the following individuals:

Sean P. Hayes, Esquire
Fish & Richardson, P.C.
919 North Market Street, Ste 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Stephani J. Ballard
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

                      **McCULLOUGH & McKENTY, P.A.**
                      /s/ Dana Spring Monzo
                      Daniel L. McKenty Del. Bar # 2689
                      Dana Spring Monzo Del. Bar # 4605
                      1225 N. King Street, Suite 1100
                      P.O. Box 397
                      Wilmington, DE 19899-0397
                      (302) 655-6749
                      Attorneys for defendant Ihuoma Chuks

Dated: September 19, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JULIAN A. MILLER** ) | |
| ) | C.A. No. 04-1367 |
| ) | |
| ) | **JURY OF 12 DEMANDED** |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | |
| ) | |
| **STANLEY TAYLOR, ET. AL** ) | |
| ) | |

## ORDER

And now this _____ day of _____, 2006, having considered *Plaintiff Julian Miller's Motion for Leave to File a Third Amended Complaint* and *Defendant Ihuoma Chuks' Response in Opposition to Plaintiff Julian Miller's Motion for Leave to File a Third Amended Complaint*,

it is HEREBY ORDERED that *Plaintiff Julian Miller's Motion for Leave to File a Third Amended Complaint* is DENIED.

_____
J.