IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Julian A. Miller<br><br>        Plaintiff,<br><br>   v.<br><br>Stanley Taylor, individually; Thomas Carroll, individually; Dr. Sitta B. Gombeh-Alie, individually and in her official capacity as medical director at the Delaware Correctional Center at Smyrna; Registered Nurse Ihoma, individually and in her capacity as a registered nurse at the Delaware Correctional Center at Smyrna; and First Correctional Medical,<br><br>        Defendants. | Civil Action No. 04-1367 (KAJ)<br><br>Demand For Jury Trial |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between counsel for the parties and subject to approval of the Court that the time by which Julian A. Miller shall reply in support of Plaintiff Julian Miller's Motion for Leave to File a Third Amended Complaint is hereby extended to and including September 29, 2006.

| FISH & RICHARDSON P.C. | McCullough & McKenty, P.A. |
|---|---|
| */s/ Sean P. Hayes* | */s/ Dana Spring Monzo* |
| Sean Paul Hayes (I.D. No. 4413) | Dana Spring Monzo (I.D. No. 4605) |
| Fish & Richardson P.C. | McCullough & McKenty, P.A. |
| 919 N. Market Street, Suite 1100 | 1225 N. King Street, Suite 1100 |
| P.O. Box 1114 | P.O. Box 397 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-0397 |
| (302) 652-5070 | (302) 655-6749 |
| hayes@fr.com | dmonzo@mccmck.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Julian A. Miller* | *Ihuoma Chuks* |

Dated: September 25, 2006

**SO ORDERED** this _____ day of September, 2006.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
The Honorable Kent A. Jordan

80037319.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2006, I electronically filed with the Clerk of Court **STIPULATION AND ORDER** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel, and by the methods provided below.

**BY EMAIL AND BY HAND**

Stephani J. Ballard (I.D. No. 3481)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
stephani.ballard@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

Dana Spring Monzo (I.D. No. 4605)
McCullough & McKenty, P.A.
1225 N. King Street
Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
302-655-6749
dmonzo@mccmck.com

*Attorney for Defendant Dr. Alie*

                                              */s/ Sean P. Hayes*
                                                Sean P. Hayes