IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; IHUOMA CHUKS, individually and in her official capacity as a Nurse at DCC Smyrna; and First Correctional Medical,<br><br>        Defendants. | Civil Action No. 04-1367 (KAJ)<br><br>Demand For Jury Trial |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this ___ day of October, 2006, that Defendant Ihouma Chuks Motion to Dismiss is DENIED.

_____
Honorable Kent A. Jordan

80037503.doc