IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>              Plaintiff,<br>v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>              Defendants. | Civil Action No. 04-1367 (KAJ)<br><br>Demand For Jury Trial |

## ORDER

Having reviewed the Motion for Extension of Time filed by counsel for Plaintiff Miller in this action,

IT IS SO ORDERED that the deadline to file the Affidavit of Merit is extended for the period of 60 days.

SO ORDERED this _____ day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE