IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>    Plaintiff,<br>v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>    Defendants. | C.A. No. 04-1367-KAJ |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Counsel for Plaintiff, Sean P. Hayes, respectfully requests that his appearance be withdrawn as attorney of record for Plaintiff Julian A. Miller. Mr. Hayes left the firm of Fish & Richardson to work as an engineer in New Castle, Delaware. Accordingly, Mr. Hayes is not able to continue his representation of Mr. Miller and seeks to be replaced by an attorney on the Federal Civil Panel yet to be identified.

One pending matter exists in this case. Mr. Miller was granted an extension of time to file an affidavit of merit relating to his assertion of medical negligence (D.I. 52). The deadline to file the affidavit of merit is currently set for October 23, 2006. In light of the need for a change of counsel, Plaintiff has previously submitted a motion for extension of time for the filing of the Affidavit of Merit to be extended for 60 days in an effort to allow sufficient time for replacement counsel to be appointed.

By: *Sean P. Hayes / Ex Thomas L. Halkowski (#4099)*
Sean P. Hayes (I.D. No. 4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070

Dated: October 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>        Defendants. | Civil Action No. 04-1367 (KAJ)<br><br>Demand For Jury Trial |

## ORDER

Having reviewed the Motion for Withdrawal of Appearance filed by Fish & Richardson P.C. in this action,

IT IS SO ORDERED that the Motion for Withdrawal of Appearance is hereby granted.

SO ORDERED this _____ day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I served the MOTION OF WITHDRAWAL OF APPEARANCE on the following Delaware counsel at the addresses and in the manner indicated below.

**BY HAND**
Dana Spring Monzo (I.D. No. 4605)
1225 N. King Street
Suite 1100
Wilmington, DE 19899-0397
302-655-6749
dmonzo@mccmck.com

*Attorney for Defendant*
*Dr. Sitta B. Gombeh-Alie*

**BY HAND**
Stephani J. Ballard (I.D. No. 3481)
Department of Justice
820 N. French Street
6th Floor
Wilmington, DE 19801
(302) 577-8400
stephani.ballard@state.de.us

*Attorney for Defendants*
*Stanley Taylor and Thomas Carroll*

**BY CERTIFIED MAIL**
Julian A. Miller
1181 Paddock Road
Smyrna, DE 19977

_____
Sean P. Hayes