IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER,<br><br>            Plaintiff,<br>v.<br><br>STANLEY TAYLOR, individually and in his official capacity as Commissioner of the Delaware Department of Correction; THOMAS CARROLL, individually and in his official capacity as Warden of the Delaware Correctional Center at Smyrna; DR. ALIE, individually and in her official capacity as Medical Director at DCC Smyrna; RN IHOMA, individually and in her official capacity as Registered Nurse at DCC Smyrna,<br><br>            Defendants. | Civil Action No. 04-1367 (KAJ)<br><br>Demand For Jury Trial |

## ORDER

Having reviewed the Motion for Withdrawal of Appearance filed by Fish & Richardson P.C. in this action,

IT IS SO ORDERED that the Motion for Withdrawal of Appearance is hereby granted.

SO ORDERED this 14th day of Dec, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE