Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

[redacted]

RTS ANK

RTS
RETURN TO SENDER

**Attempted**
**NOT KNOWN**

ACS

6000D

FILED
JAN 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Utility Events

1:04-cv-01367-KAJ Miller v. Taylor, et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 12/15/2006 at 3:14 PM EST and filed on 12/15/2006
**Case Name:** Miller v. Taylor, et al
**Case Number:** 1:04-cv-1367
**Filer:**
**Document Number:** 69

**Docket Text:**
[1:04-cv-1367-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (ntl)

**1:04-cv-1367 Notice has been electronically mailed to:**
Stephani J. Ballard stephani.ballard@state.de.us, Jennifer.Mitchell@state.de.us
Dana Spring Monzo dmonzo@mccmck.com

**1:04-cv-1367 Notice has been delivered by other means to:**

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/15/2006] [FileNumber=317327-0
] [015f9f986b0c8a63d82eeedfd77a55af9159ccdba848e08bfe43609da4fff9937cb
9024857879a2ceb835cded00c7fae8289811b48d36ffc4a5e10c66c14c6fa]]

h     ecf  e   c   c   c  cg  b          ch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:   JUDICIAL VACANCY

**STANDING ORDER**

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

_____
United States District Judge