OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 5, 2007

TO:

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Mailing Address

Dear Mr. Miller:

In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please notify both the Clerk's Office and defendant's counsel of any changes in your address.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: Fed Civil Panel Files - CA04-1367-***



Scanned
FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE