OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 9, 2007

TO: Julian A. Miller
    448 Country Drive, Apt. H
    Dover, DE 19901

*RE: Mailing Address*

Dear Mr. Miller:

In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please immediately notify both the Clerk's Office and defendant's counsel of your current address as well as any future changes in your address.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: Fed Civil Panel Files - CA04-1367-***