

## Utility Events
1:04-cv-01367-*** Miller v. Taylor, et al

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 3/26/2007 at 4:08 PM EDT and filed on 3/26/2007
**Case Name:**     Miller v. Taylor, et al
**Case Number:**   1:04-cv-1367
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Remark: Letter to Mr. Miller, Docket Items [71] and [73] remailed to plaintiff's last known addresses at Delaware Correctional Center, Smyrna, DE 19977, to 448 Country Drive, Apt. H, Dover, DE 19901 (address that was provided by his last appointed counsel) and to 448 Courtney Drive, Apt. A, Country Village Apartments, Dover, DE 19901 (address provided by DE prison officials - with a notation that Mr. Miller was released from DCC on 8/3/06). (rbe)

**1:04-cv-1367 Notice has been electronically mailed to:**
Stephani J. Ballard stephani.ballard@state.de.us, Jennifer.Mitchell@state.de.us
Dana Spring Monzo dmonzo@mccmck.com

**1:04-cv-1367 Notice has been delivered by other means to:**

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



scanned
FILED
APR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 5, 2007

TO:

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   RE:   Mailing Address

Dear Mr. Miller:

   In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please notify both the Clerk's Office and defendant's counsel of any changes in your address.

                              Sincerely,

/rbe                          PETER T. DALLEO
                              CLERK

cc: Fed Civil Panel Files - CA04-1367-***




OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 9, 2007

TO: Julian A. Miller
    448 Country Drive, Apt. H
    Dover, DE 19901

*RE: Mailing Address*

Dear Mr. Miller:

In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please immediately notify both the Clerk's Office and defendant's counsel of your current address as well as any future changes in your address.

                                        Sincerely,

/rbe                                    PETER T. DALLEO
                                        CLERK

cc: Fed Civil Panel Files - CA04-1367-***



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:   JUDICIAL VACANCY

### STANDING ORDER

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

_____
United States District Judge

scanned
FILED
APR - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE