Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE       080          1       70  04/02/07
            RETURN TO SENDER
            NO SUCH NUMBER
            UNABLE TO FORWARD
BC: 19801351910        *1527-02190-09-40

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 9, 2007

TO:  Julian A. Miller
     448 Country Drive, Apt. H
     Dover, DE 19901

*RE:  Mailing Address*

Dear Mr. Miller:

In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please immediately notify both the Clerk's Office and defendant's counsel of your current address as well as any future changes in your address.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: Fed Civil Panel Files - CA04-1367-***



Scanned
FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 5, 2007

TO:   Julian A. Miller
      416 Courtney Drive, Apt. A
      Country Village Apartments
      Dover, DE 19901

   *RE: Mailing Address*

Dear Mr. Miller:

   In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please notify both the Clerk's Office and defendant's counsel of your current address as well as any future changes in your address.

                                Sincerely,

/rbe
                                PETER T. DALLEO
                                CLERK


cc: Fed Civil Panel Files - CA04-1367-***



Scanned
FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 5, 2007

TO:

**Julian A. Miller**
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE: Mailing Address*

Dear Mr. Miller:

In order to have correspondence from the Court and from Defendant's counsel mailed to you, both must have your correct mailing address. Please notify both the Clerk's Office and defendant's counsel of any changes in your address.

Sincerely,

/rbe

PETER T. DALLEO

CLERK

cc: Fed Civil Panel Files - CA04-1367-***



Scanned
FILED
APR - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE