IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER, | ) |
| | ) C.A. No. 04-1367 |
| Plaintiff, | ) |
| | ) JURY OF 12 DEMANDED |
| v. | ) |
| | ) |
| STANLEY TAYLOR, ET AL., | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendants Sitta Gombeh-Alie, M.D. and Ihuoma Chuks.


McCULLOUGH & McKENTY, P.A.            McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                 /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*  Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                   Legal Arts Building
1225 King Street, Suite 1100          1225 King Street, Suite 1100
P.O. Box 397                          P.O. Box 397
Wilmington, DE 19899-0397             Wilmington, DE 19899-0397
302-655-6749                          302-655-6749
Attorney for Defendants               Attorney for Defendants
Sitta Gombeh-Alie, M.D. and           Sitta Gombeh-Alie, M.D. and
Ihuoma Chuks                          Ihuoma Chuks


Dated: June 11, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JULIAN A. MILLER, | ) | |
| | ) | C.A. No. 04-1367 |
| Plaintiff, | ) | |
| | ) | JURY OF 12 DEMANDED |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals electronically:

Sean P. Hayes, Esquire
Fish & Richardson, P.C.
919 North Market Street, Ste 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Stephani J. Ballard
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007