IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1367-GMS |
| | ) |
| COMM. STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on April 9, 2007, the court ordered the plaintiff to show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1;

WHEREAS, the plaintiff did not file a response to the Show Cause Order;

THEREFORE, at Wilmington this 15th day of June, 2007, IT IS HEREBY ORDERED that this case is **dismissed without prejudice** for failure to prosecute, pursuant to D. Del. LR 41.1.

United States District Judge



FILED
JUN 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE