04 cv 1367 xxx

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Scanned

FILED

JUN 25 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Utility Events
1:04-cv-01367-*** Miller v. Taylor, et al

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 6/15/2007 at 12:48 PM EDT and filed on 6/15/2007
**Case Name:**       Miller v. Taylor, et al
**Case Number:**     1:04-cv-1367
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb)

**1:04-cv-1367 Notice has been electronically mailed to:**
Stephani J. Ballard  stephani.ballard@state.de.us, Jennifer.Mitchell@state.de.us

**1:04-cv-1367 Notice has been delivered by other means to:**

Daniel L. McKenty
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



FILED

JUN 2 5 2007

U.S. DISTRICT COURT
DIS. DIST. OF DELAWARE