IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JULIAN A. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1367-GMS |
| | ) |
| COMM. STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on April 9, 2007, the court ordered the plaintiff to show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1;

WHEREAS, the plaintiff did not file a response to the Show Cause Order;

THEREFORE, at Wilmington this 15th day of June, 2007, IT IS HEREBY ORDERED that this case is **dismissed without prejudice** for failure to prosecute, pursuant to D. Del. LR 41.1.

United States District Judge



FILED
JUN 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
JUN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

MAC RTS ANK

Julian A. Miller
SBI# 393626
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007

Scanned